RECEIVED

2011 JAN 31 P 4: 54

CLERK [illegible]
COURT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JONATHAN LALO, Individually and On Behalf of a Class of Similarly Situated Individuals.<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC., a California Corporation; BACKFLIP, a Delaware Corporation; DICTIONARY.COM, a California Corporation; PANDORA, INC., a California Corporation; THE WEATHER CHANNEL, a Georgia Corporation,<br><br>Defendants. | Case No. CV 10-5878 LHK<br><br>[PROPOSED] ORDER GRANTING APPLICATION OF CHRISTOPHER WOLF FOR ADMISSION *PRO HAC VICE* |

Christopher Wolf, whose business address and telephone number is Hogan Lovells US LLP, Columbia Square, 555 Thirteenth Street, NW, Washington, D.C. 20004, (202) 637-5600, email christopher.wolf@hoganlovells.com, and who is an active member in good standing of the Bar of the State of New York and of the District of Columbia, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis representing defendant Apple, Inc.,

IT IS HEREBY ORDERED THAT the application is GRANTED, subject to the terms and conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate

1  appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated
2  in the application will constitute notice to the party. All future filings in this action are subject to
3  the requirements contained in General Order No. 45, *Electronic Case Filing*.

4
5  Dated: ___February 9___, 2011          *Lucy H. Koh*
                                          UNITED STATES DISTRICT JUDGE

[Proposed] ORDER ADMITTING
CHRISTOPHER WOLF *PRO HAC VICE* Case     - 2 -
No. CV 10-5878 LHK
\\\703347/000620 - 61248 v1

HOGAN LOVELLS US
LLP
ATTORNEYS AT LAW
PALO ALTO