RECEIVED

2011 JAN 31 P 4: 55

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JONATHAN LALO, Individually and On Behalf of a Class of Similarly Situated Individuals. <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., a California Corporation; BACKFLIP, a Delaware Corporation; DICTIONARY.COM, a California Corporation; PANDORA, INC., a California Corporation; THE WEATHER CHANNEL, a Georgia Corporation, <br><br> Defendants. | Case No. CV 10-5878 LHK <br><br> [PROPOSED] ORDER GRANTING APPLICATION OF CLAYTON C. JAMES FOR ADMISSION *PRO HAC VICE* |

Clayton C. James, whose business address and telephone number is Hogan Lovells US LLP, One Tabor Center, Suite 1500, 1200 Seventeenth Street, Denver, Colorado 80204, (303) 899-7300, email clay.james@hoganlovells.com, and who is an active member in good standing of the Bar of the State of Colorado, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis representing defendant Apple, Inc.,

IT IS HEREBY ORDERED THAT the application is GRANTED, subject to the terms and conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate

| | |
|---|---|
| 1 | appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated |
| 2 | in the application will constitute notice to the party. All future filings in this action are subject to |
| 3 | the requirements contained in General Order No. 45, *Electronic Case Filing*. |

Dated: February 9, 2011

*Lucy H. Koh*
UNITED STATES DISTRICT JUDGE

[Proposed] ORDER ADMITTING CLAYTON C. JAMES *PRO HAC VICE* Case No. CV 10-5878 LHK       - 2 -