1  Jennifer Stisa Granick, Esq.
   CA Bar No. 168423
2  ZWILLINGER GENETSKI LLP
   425 Market St., 22nd Floor
3  San Francisco, CA 94105
   Phone: (415) 684-8111
4  Fax: (415) 397-6309
   jennifer@zwillgen.com
5  *Attorneys for Defendant New York Times Company.*



UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re iPhone Application Litigation | Case No. 10-CV-5878-LHK (PSG)<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |

Pursuant to Civil L.R. 11-3, Marc J. Zwillinger, an active member in good standing of the bar of the State of Illinois and the District of Columbia, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing the New York Times Company in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become

familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Jennifer S. Granick
Zwillinger Genetski LLP
425 Market Street, 22nd Floor
San Francisco, CA 94105

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 24, 2011

-2-

Case No. 10-CV-5878-LHK/PSG
*Application For Admission Of Attorney Pro Hac Vice*