**MILBERG LLP**
JEFF S. WESTERMAN (SBN 94559)
jwesterman@milberg.com
SABRINA S. KIM (SBN 186242)
skim@milberg.com
One California Plaza
300 S. Grand Avenue, Suite 3900
Los Angeles, California 90071
Telephone: (213) 617-1200
Facsimile:  (213) 617-1975

*Attorneys for Plaintiff*

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| In re iPhone Application Litigation | ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO. CV 10-5878 LHK (PSG) <br><br>**REQUEST TO APPEAR BY TELEPHONE**<br><br>Date:   April 6, 2011<br>Time:   2:00 p.m.<br>Judge: Hon. Lucy H. Koh |
|---|---|---|

Peter E. Seidman requests permission from the court to appear by telephone for the above-referenced matter on April 6, 2011 at 2:00 p.m. for the Case Management Conference.

DATED: March 30, 2011

**MILBERG LLP**
SANFORD P. DUMAIN
PETER E. SEIDMAN (*pro hac vice pending*)
ANDREI V. RADO
ANNE MARIE VU (SBN 238771)

_____
PETER E. SEIDMAN

One Pennsylvania Plaza, 49th Floor
New York, NY 10119
Telephone:   (212) 594-5300
Facsimile:   (212) 868-1229
E-mail: sdumain@milberg.com
   pseidman@milberg.com
   arado@milberg.com
   avu@milberg.com

**MILBERG LLP**
JEFF S. WESTERMAN
SABRINA S. KIM
One California Plaza
300 S. Grand Avenue, Suite 3900
Los Angeles, CA 90071
Telephone:   (213) 617-1200
Facsimile:   (213) 617-1975
E-mail: jwesterman@milberg.com
   skim@milberg.com

**REESE RICHMAN LLP**
MICHAEL R. REESE (SBN 206773)
KIM RICHMAN
875 Avenue of the Americas, 18th Floor
New York, NY 10001
Telephone:   (212) 579-4625
Facsimile:   (212) 253-4272
E-mail: mreese@reeserichman.com
   krichman@reeserichman.com

*Attorneys for Plaintiff*

- 1 -

REQUEST TO APPEAR BY TELEPHONE
Case No. CV 10-5878 LHK (PSG)

- 2 -

DECLARATION OF SERVICE BY CM/ECF AND/OR MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, employed in the County of Los Angeles, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is One California Plaza, 300 South Grand Avenue, Suite 3900, Los Angeles, California 90071-3149.

2. Declarant hereby certifies that on March 30, 2011, declarant served REQUEST TO APPEAR BY TELEPHONE, by electronically filing the foregoing document listed above by using the Case Management/ Electronic Case filing system.

3. Declarant further certifies:

☐ All participants in the case are registered CM/ECF users and that service will be accomplished by the court's CM/ECF system

☒ Participants in the case who are registered CM/ECF users will be served by the court's CM/ECF system.  Participants in the case that are not registered CM/ECF users will be served by First-Class Mail, postage pre-paid or have dispatched to a third-party commercial carrier for delivery to the non-CM/ECF participants.

4. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 30th day of March, 2011, at Los Angeles, California.



CECILLE CHAFFINS

REQUEST TO APPEAR BY TELEPHONE
Case No. CV 10-5878 LHK (PSG)