RECEIVED

MAR 2 3 2011

Richard W. Wieking
Clerk, U.S. District Court
Northern District of California
San Jose

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE IPHONE APPLICATION LITIGATION | **CASE NO.** 10-CV-5878 LHK (PSG) |
| | (Proposed) **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |

_____ /

David A. Stampley                    , whose business address and telephone number is
100 Wall Street, 23rd Floor
New York, NY 10005
(212) 920-3072

and who is an active member in good standing of the bar of  New York

having applied in the above-entitled action for admission to practice in the Northern District of

California on a pro hac vice basis, representing  Jonathan Lalo

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

*vice.* Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing.*

Dated:  March 30, 2011

*Lucy H. Koh*

Lucy H. Koh
United States District Court Judge

*United States District Court*
*For the Northern District of California*