RECEIVED
MAR 2 3 2011
Richard W. Wieking
Clerk, U.S. District Court
Northern District of California
San Jose

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE IPHONE APPLICATION LITIGATION | CASE NO. 10-CV-5878 LHK (PSG)<br><br>~~(Proposed)~~<br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |

Scott A. Kamber
100 Wall Street, 23rd Floor
New York, NY 10005
(212) 920-3072
, whose business address and telephone number is

and who is an active member in good standing of the bar of New York

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Jonathan Lalo

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: March 30, 2011

*Lucy H. Koh*
Lucy H. Koh
United States District Court Judge