Jennifer Stisa Granick, Esq.
CA Bar No. 168423
ZWILLINGER GENETSKI LLP
425 Market St., 22nd Floor
San Francisco, CA 94105
Phone: (415) 684-8111
Fax: (415) 397-6309
jennifer@zwillgen.com
*Attorneys for Defendant New York Times Company.*



UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re iPhone Application Litigation | Case No. 10-CV-5878-LHK (PSG)<br><br>~~(Proposed)~~<br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |

Marc J. Zwillinger, whose business address and telephone number is Zwillinger Genetski LLP, 1705 N Street, NW, Washington, DC 20036, (202) 706-5202, and who is an active member in good standing of the bar of the state of Illinois and of D.C. has applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing the New York Times Company.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements

1

1  contained in General Order No. 45, Electronic Case Filing.

Dated: March 30, 2011

*Lucy H. Koh*

The Honorable Lucy H. Koh

United States District Judge