

DAVID C. PARISI (SBN 162248)
dcparisi@parisihavens.com
PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, CA 91403
Telephone (818) 990-1299
Facscimile (818) 501-7852

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| In re iPhone Application Litigation | Case No. 10-cv-5878 LHK (PSG) (Lead)<br>10-cv-5881-LHK<br>11-cv-0407-LHK<br>11-cv-0700-LHK<br><br>**REQUEST TO APPEAR BY TELEPHONE**<br><br>CMC Date:   April 6, 2011<br>Time:          2:00 p.m<br>Judge:        Hon. Lucy H. Koh |

Jeremy R. Wilson requests permission by the Court to appear telephonically at the above-referenced matter on April 6, 2011, for the Case Management Conference.

March 30, 2011                          Respectfully submitted,


                                        By: s/David C. Parisi
                                        DAVID C. PARISI
                                        One of the Attorneys for Plaintiff Freeman et al.,
                                        members of the iPhone Plaintiffs' Group

DAVID C. PARISI
dcparisi@parisihavens.com
PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, CA 91403

REQUEST TO APPEAR BY TELEPHONE            1

Telephone (818) 990-1299
Facscimile (818) 501-7852

JEREMY R. WILSON
jeremy@wtlfirm.com
WILSON TROSCLAIR & LOVINS
302 N. Market St., Suite 501
Dallas, Texas 75202
Telephone: (214) 430-1930

NABIL MAJED NACHAWATI, II
mn@fnlawfirm.com
FEARS NACHAWATI
4925 Greenville Avenue, Suite 715
Dallas, Texas 75206
Telephone: (214) 890-0711
Facsimile:  (214) 890-0712

ATTORNEYS FOR PLAINTIFF FREEMAN ET. AL.