**MILBERG LLP**
JEFF S. WESTERMAN (SBN 94559)
jwesterman@milberg.com
SABRINA S. KIM (SBN 186242)
skim@milberg.com
One California Plaza
300 S. Grand Avenue, Suite 3900
Los Angeles, California 90071
Telephone: (213) 617-1200
Facsimile:  (213) 617-1975

*Attorneys for Plaintiff*

[Additional Counsel on Signature Page]

**GRANTED**
Judge Lucy H. Koh

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re iPhone Application Litigation | CASE NO. CV 10-5878 LHK (PSG) |
| | **REQUEST TO APPEAR BY TELEPHONE** |
| | Date:   April 6, 2011<br>Time:   2:00 p.m.<br>Judge: Hon. Lucy H. Koh |

Peter E. Seidman requests permission from the court to appear by telephone for the above-referenced matter on April 6, 2011 at 2:00 p.m. for the Case Management Conference.

DATED: March 30, 2011

**MILBERG LLP**
SANFORD P. DUMAIN
PETER E. SEIDMAN (*pro hac vice pending*)
ANDREI V. RADO
ANNE MARIE VU (SBN 238771)

_____
PETER E. SEIDMAN

One Pennsylvania Plaza, 49th Floor
New York, NY  10119
Telephone:     (212) 594-5300
Facsimile:     (212) 868-1229
E-mail: sdumain@milberg.com
   pseidman@milberg.com
   arado@milberg.com
   avu@milberg.com

**MILBERG LLP**
JEFF S. WESTERMAN
SABRINA S. KIM
One California Plaza
300 S. Grand Avenue, Suite 3900
Los Angeles, CA  90071
Telephone:     (213) 617-1200
Facsimile:     (213) 617-1975
E-mail: jwesterman@milberg.com
   skim@milberg.com

**REESE RICHMAN LLP**
MICHAEL R. REESE (SBN 206773)
KIM RICHMAN
875 Avenue of the Americas, 18th Floor
New York, NY  10001
Telephone:     (212) 579-4625
Facsimile:     (212) 253-4272
E-mail: mreese@reeserichman.com
   krichman@reeserichman.com

*Attorneys for Plaintiff*

- 2 -

## DECLARATION OF SERVICE BY CM/ECF AND/OR MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, employed in the County of Los Angeles, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is One California Plaza, 300 South Grand Avenue, Suite 3900, Los Angeles, California 90071-3149.

2. Declarant hereby certifies that on March 30, 2011, declarant served REQUEST TO APPEAR BY TELEPHONE, by electronically filing the foregoing document listed above by using the Case Management/ Electronic Case filing system.

3. Declarant further certifies:

☐ All participants in the case are registered CM/ECF users and that service will be accomplished by the court's CM/ECF system

☒ Participants in the case who are registered CM/ECF users will be served by the court's CM/ECF system. Participants in the case that are not registered CM/ECF users will be served by First-Class Mail, postage pre-paid or have dispatched to a third-party commercial carrier for delivery to the non-CM/ECF participants.

4. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 30th day of March, 2011, at Los Angeles, California.



CECILLE CHAFFINS