RECEIVED

MAR 2 9 2011

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

In re Iphone Application Litigation

**CASE NO.** 10-cv-5878 LHK(PSG)

            Plaintiff,

v.

~~(Proposed)~~
**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY**
***PRO HAC VICE***

            Defendant.
_____/

Jeremy R. Wilson                         , whose business address and telephone number is

302 N. Market St.
Suite 501
Dallas, TX  75202

and who is an active member in good standing of the bar of  Texas, Florida and Arkansas

having applied in the above-entitled action for admission to practice in the Northern District of

California on a pro hac vice basis, representing  DUSTIN FREEMAN, AARON JENNING

            IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

*vice.* Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing.*

Dated:    April 4, 2011

                                        *Lucy H. Koh*
                                        United States District    Judge

United States District Court
For the Northern District of California