IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE IPHONE APPLICATION LITIGATION

Plaintiff,

v.

Defendant.

CASE NO. CV 10-5878 LHK (PSG)

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Peter E. Seidman, whose business address and telephone number is Milberg LLP, One Pennsylvania Plaza, New York, NY 10119 (212) 594-5300

and who is an active member in good standing of the bar of New York having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing plaintiff Anthony Chiu

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: April 4, 2011

_Lucy H. Koh_
Lucy H. Koh
United States District Judge