**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

|  |  |
|---|---|
| IN RE IPHONE APPLICATION LITIG. | Case No.: 10-CV-05878-LHK |
|  | ORDER APPOINTING INTERIM PLAINTIFFS' CLASS COUNSEL AND EXECUTIVE COMMITTEE |
|  | (re: dkt. #46) |

16      As stated at the April 6, 2011 status conference, the Court appoints Scott Kamber of

17    KamberLaw, LLC ("KamberLaw") as the interim class counsel in this consolidated action.  The

18    Court finds that the attorneys of KamberLaw have the experience and expertise to best handle the

19    class-wide consumer Internet privacy claims at issue in this action.  *See* Fed. R. Civ. P.

20    23(g)(1)(A)(ii) and (iii).  KamberLaw has served as lead counsel in a multitude of cases in this

21    subject area.  Moreover, KamberLaw represents Plaintiff Anthony Lalo in the first-filed action in

22    these cases, and has the support of two of the other three lead Plaintiffs and Plaintiff's firms.  *See*

23    Fed. R. Civ. P. 23(g)(1)(A)(i).  KamberLaw represented to the Court that it will make significant

24    efforts to avoid duplication of work and unnecessary legal costs, while at the same time working

25    collaboratively with other Plaintiffs' counsel to fairly and adequately represent the interests of all

26    members of the class.  In sum, the Court concludes that KamberLaw is best able to represent the

27    interests of the class and is deserving of appointment as interim class counsel.  *See* Fed. R. Civ. P.

28    23(g)(2).

1    The Court also adopts the Executive Committee structure proposed by KamberLaw.  The

2   Executive Committee Members are: Jeff Westerman of Milberg LLP; Jeremy Wilson of Wilson,

3   Troclair & Lovins; and Robert Shelquist of Lockridge, Grindal, Nauen, PLLP.  William Audet of

4   Audet & Partners LLP is appointed as Plaintiffs' liaison counsel.

5   **IT IS SO ORDERED.**

6

7   Dated:  April 7, 2011                                        _Lucy H. Koh_____

8                                                                          LUCY H. KOH
                                                                       United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2