UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

|   |   |
|---|---|
| IN RE IPHONE APPLICATION LITIG. | Case No.: 10-CV-05878-LHK<br><br>ORDER REGARDING CASE SCHEDULE AND CASE MANAGEMENT |

At the April 6, 2011 status conference, the parties agreed to the following schedule. KamberLaw will file the Consolidated Complaint by April 20, 2011. Defendants' response is due thirty (30) days from the filing of the Consolidated Complaint. If Defendants respond by moving to dismiss the Consolidated Complaint, Plaintiffs' Opposition is due twenty-one (21) days from the filing of the motion, and Defendants' Reply is due fourteen (14) days from the filing of the Opposition.

The Initial Case Management Conference is set for Wednesday, May 25, 2011 at 2:00 p.m. Plaintiffs' counsel agreed not to serve discovery until after the May 25, 2011 Case Management Conference. The initial disclosures of the Applications Defendants and any new Defendants in the

//

//

//

1

Case No.: 10-CV-05878-LHK
ORDER REGARDING CASE SCHEDULE AND CASE MANAGEMENT

Consolidated Complaint are due on July 6, 2011.  The remaining Defendants' initial disclosures are due on June 22, 2011.

**IT IS SO ORDERED.**

Dated: April 7, 2011

_____
LUCY H. KOH
United States District Judge

2

Case No.: 10-CV-05878-LHK
ORDER REGARDING CASE SCHEDULE AND CASE MANAGEMENT