UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
**Judge Lucy H. Koh, Presiding**
Courtroom 4 - 5th Floor

**Civil Minute Order**

Date: April 6, 2011

Courtroom Deputy Clerk: Martha Parker Brown          Time in Court: 54 minutes
Court Reporter: Summer Fisher

**TITLE: IN RE IPHONE APPLICATION LITIGATION**
**CASE NUMBER**: C 10-05878 and related cases

Plaintiff(s) Attorney(s) present: Scott A. Kamber for Lalo, Jonas P. Mann for Rodimer, Jeremy Wilson for Freeman, Jeff Westerman and Peter Seidman for Chiu

Defendant(s) Attorney(s) present: Michael L. Charlson and Maren J. Clouse for Apple; Matthew D. Brown for Backflip, The Weather Channel & Medialets, Inc.; Michael H. Page for Pandora, Yelp, Dictionary.com, IAC/Interactive Corp.; Sascha Henry for GogII, Inc.; Gail E. Lees for Flurry, Inc.; Laurence F. Pulgram for Groupon; Simon J. Frankel and Mali B. Friedman for NPR; Jennifer Stisa Granick for the New York Times; James Donato for Webmd

**PROCEEDINGS:** Case Management Conference


          The Court and counsel discuss matters.  Further Case Management Conference set for Wednesday, May 25, 2011 at 2:00 p.m.