UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

|  |  |
|---|---|
| IN RE IPHONE APPLICATION LITIG. | Case No.: 10-CV-05878-LHK<br><br>ORDER SETTING HEARING AND BRIEFING SCHEDULE RE: DEFENDANT APPLE INC.'S MOTION TO STAY<br><br>(re: dkt. #72) |

On May 5, 2011 Defendant Apple, Inc. filed a motion to stay proceedings in these consolidated actions pending resolution of a motion pending with the Judicial Panel on Multidistrict Litigation to transfer all related actions to the Northern District of California for pretrial coordination pursuant to 28 U.S.C. § 1407 (the "MDL Motion"). Apple states that it filed the MDL Motion on April 19, 2011. The motion to stay is noticed for hearing on July 21, 2011.

In light of the Initial Case Management Conference scheduled for May 25, 2011, the Court advances the hearing date on the motion to stay to May 25, 2011 at 2:00 p.m., and sets an expedited briefing schedule. Accordingly, Plaintiffs' Opposition, or Statement of Non-opposition, is due by Friday, May 13, 2011, and the Reply, if any, is due by Wednesday, May 18, 2011.

**IT IS SO ORDERED.**

Dated: May 5, 2011

_Lucy H. Koh_
LUCY H. KOH
United States District Judge