DURIE TANGRI LLP
MICHAEL H. PAGE (SBN 154913)
mpage@durietangri.com
JOSEPH C. GRATZ (SBN 240676)
jgratz@durietangri.com
GENEVIEVE P. ROSLOFF (SBN 258234)
grosloff@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:    415-362-6666
Facsimile:     415-236-6300

*Attorneys for Defendant*
ADMOB, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| In re iPhone Application Litigation | Case No.: 5:10-cv-05878-LHK (PSG) |
|---|---|
|  | **CERTIFICATE OF INTERESTED PARTIES** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 3-16, the undersigned, counsel of record for Defendant AdMob, Inc., certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding or (ii) have a nonfinancial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

AdMob, Inc. is a wholly-owned subsidiary of Google Inc.

Dated:  May 11, 2011                                      DURIE TANGRI LLP

By: _____*/s/ Michael H. Page*_____
MICHAEL H. PAGE
JOSEPH C. GRATZ
GENEVIEVE P. ROSLOFF

Attorneys for Defendant
ADMOB, INC.

**CERTIFICATE OF SERVICE**

I certify that all counsel of record are being served on May 11, 2011, with a copy of this document via the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 11, 2011, at San Francisco, California.

*/s/ Michael H. Page*
Michael H. Page