Michael L. Charlson (Bar No. 122125)
Maren J. Clouse (Bar No. 228726)
HOGAN LOVELLS US LLP
525 University Avenue, 4th Floor
Palo Alto, California 94301
Telephone: (650) 463-4000
Facsimile: (650) 463-4199
michael.charlson@hoganlovells.com
maren.clouse@hoganlovells.com

Christopher Wolf (Admitted *Pro Hac Vice*)
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
christopher.wolf@hoganlovells.com

Clayton C. James (Admitted *Pro Hac Vice*)
HOGAN LOVELLS US LLP
One Tabor Center, Suite 1500
1200 Seventeenth Street
Denver, Colorado 80202
Telephone: (303) 899-7300
Facsimile: (303) 899-7333
clay.james@hoganlovells.com

Attorneys for Defendant
APPLE INC., a California corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re iPhone Application Litigation | Case No. CV-10-5878 LHK (PSG)<br><br>**DEFENDANT APPLE INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>The Honorable Lucy H. Koh |

1  Pursuant to Federal Rule of Civil Procedure 7.1 and Rule 3.16(a) of the Northern District
2  of California's Civil Local Rules, Defendant Apple Inc. ("Apple") makes the following
3  statement: Apple has no parent corporation. According to Apple's Proxy Statement filed with
4  the United States Securities and Exchange Commission in January 2011, there are no beneficial
5  owners that hold more than 10% of Apple's outstanding common stock. As of this date, Apple is
6  unaware of any person or entity other than the named parties with a financial or other interest that
7  could be substantially affected by the outcome of the proceeding.

9  Dated: May 13, 2011                      HOGAN LOVELLS US LLP

10                                          By: */s/ Michael L. Charlson*
                                                Michael L. Charlson
11
                                            Attorneys for Defendant
12                                          APPLE INC., a California corporation