RECEIVED
2011 MAY 23 P 12: 56
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
N.D. CA. SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re iPhone Application Litigation<br><br>Plaintiff,<br><br>v.<br><br>Defendant. | CASE NO. CV 10-5878 LHK<br><br>(Proposed)<br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

David A. Bateman, whose business address and telephone number is K&L Gates LLP, 925 Fourth Ave., Suite 2900, Seattle, WA, (206) 623-7580

and who is an active member in good standing of the bar of Washington having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing defendant TrafficMarketplace.com

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: May 24, 2011

*Lucy H. Koh*
Lucy H. Koh
United States District Judge