**GRANTED**
*Lucy H. Koh*
Judge Lucy H. Koh

1  JEREMY R. WILSON
   jeremy@wtlfirm.com
2  Wilson Trosclair & Lovins, PLLC
   302 N. Market St.
3  Suite 501
   Dallas, TX  75202
4  Telephone (214) 484-1930
   Facscimile (214) 276-1475
5  *Pro Hac Vice*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re iPhone Application Litigation | Case No.   10-cv-5878 LHK (PSG) (Lead)<br>10-cv-5881-LHK<br>11-cv-0407-LHK<br>11-cv-0700-LHK<br><br>**REQUEST TO APPEAR BY TELEPHONE**<br>CMC Date:  May 25, 2011<br>Time:  2:00 p.m<br>Hon. Lucy H. Koh |

Jeremy R. Wilson requests permission by the Court to appear telephonically at the above-referenced matter on May 25, 2011, for the Case Management Conference.

May 19, 2011                                Respectfully submitted,

                                            By:   /s/ Jeremy R. Wilson
                                                  JEREMY R. WILSON

JEREMY R. WILSON
jeremy@wtlfirm.com
WILSON TROSCLAIR & LOVINS, PLLC
302 N. Market St., Suite 501
Dallas, Texas 75202
Telephone: (214) 430-1930
*Pro Hac Vice*

ATTORNEY FOR PLAINTIFF FREEMAN, ET. AL.

REQUEST TO APPEAR BY TELEPHONE           1

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed this 19th day of May through the Courts CM/ECF electronic filing system which automatically serves it to all counsel of record in this action.

                                       __/s/ Jeremy R. Wilson_____
                                       Jeremy R. Wilson