UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE IPHONE APPLICATION LITIG. | Case No.: 10-CV-05878-LHK <br><br> ORDER GRANTING IN PART JOINT STIPULATION TO EXTEND BRIEFING SCHEDULE <br><br> (re: dkt. #133) |

On June 3, 2011, the parties filed a joint stipulation to extend the briefing schedule on Defendants' anticipated motion to dismiss. *See* Dkt. #133. Under the current schedule, the anticipated motions to dismiss are due by June 13, 2011, with Plaintiffs' oppositions due by July 11, 2011, and Defendants' replies due by July 25, 2011. A hearing on the motions will be set for September 1, 2011. Defendants represent that, in an effort to coordinate consolidated motions to dismiss rather than file separate motions, an extension of one week is warranted. Plaintiffs agree to a short extension of the briefing schedule. The parties do not seek an extension of the hearing date, but instead request the following briefing schedule: motions to dismiss due by June 20, 2011; oppositions due by July 25, 2011; and replies due by August 8, 2011.

The Court appreciates, and supports, the parties' efforts at consolidating their briefing and avoiding repetitive arguments. The parties' request for an extension is granted as follows: the anticipated motions to dismiss are now due by June 20, 2011; oppositions are now due by July 18, 2011; and replies are now due by August 1, 2011. If feasible, the Court's preference would be for

1

Case No.: 10-CV-05878-LHK
ORDER GRANTING IN PART STIPULATION TO EXTEND DEADLINES

a single motion to dismiss, to which the Court would be amenable to a reasonable request for an extension of otherwise applicable page limitations.

**IT IS SO ORDERED.**

Dated:  June 3, 2011

_____
LUCY H. KOH
United States District Judge