1   JAMES F. McCABE (SBN 104686)
    JMcCabe@mofo.com
2   MORRISON & FOERSTER LLP
    425 Market Street
3   San Francisco, California  94105-2482
    Telephone:  415.268.7000
4   Facsimile:  415.268.7522

5   BRYAN WILSON (SBN 138842)
    bwilson@mofo.com
6   TERESA N. BURLISON (SBN 230854)
    tburlison@mofo.com
7   MORRISON & FOERSTER LLP
    755 Page Mill Road
8   Palo Alto, California  94304-1018
    Telephone:  650.813.5600
9   Facsimile:  650.494.0792

10  Attorneys for Defendant
    APPLE INC., a California corporation
11

    MICHAEL L. CHARLSON (Bar No. 122125)
    michael.charlson@hoganlovells.com
    MAREN J. CLOUSE (Bar No. 228726)
    maren.clouse@hoganlovells.com
    HOGAN LOVELLS US LLP
    525 University Avenue, 4th Floor
    Palo Alto, California 94301
    Telephone:  650.463.4000
    Facsimile:   650.463.4199

    CHRISTOPHER WOLF (Admitted *Pro Hac Vice*)
    christopher.wolf@hoganlovells.com
    HOGAN LOVELLS US LLP
    Columbia Square
    555 Thirteenth Street, NW
    Washington, DC 20004
    Telephone:  202.637.5600
    Facsimile:   202.637.5910

    CLAYTON C. JAMES (Admitted *Pro Hac Vice*)
    clay.james@hoganlovells.com
    HOGAN LOVELLS US LLP
    One Tabor Center, Suite 1500
    1200 Seventeenth Street
    Denver, Colorado  80202
    Telephone: 303.899.7300
    Facsimile: 303.899.7333

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In Re iPhone Application Litigation | Case No.    10-CV-05878 LHK (PSG) |
| | **CERTIFICATE OF SERVICE** |
| | Date:      September 1, 2011 |
| | Time:     1:30 p.m. |
| | Ctrm:     4, 5th Floor |
| | Judge:    Honorable Lucy H. Koh |

1

**CERTIFICATE OF SERVICE**

2       I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address
is 425 Market Street, San Francisco, California  94105-2482.  I am not a party to the within cause,
3   and I am over the age of eighteen years.

4       I further declare that on June 20, 2011, I served a copy of:

5       1.      **DEFENDANT APPLE INC.'S MOTION TO DISMISS FIRST
                 CONSOLIDATED CLASS ACTION COMPLAINT
6                PURSUANT TO RULES 12(B)(1), 12(B)(6) AND 12(B)(7);**

7       2.      **DECLARATION OF JAMES F. MCCABE IN SUPPORT OF
                 DEFENDANT APPLE INC.'S MOTION TO DISMISS FIRST
8                CONSOLIDATED CLASS ACTION COMPLAINT
                 PURSUANT TO RULES 12(B)(1), 12(B)(6) AND 12(B)(7);**

9
        3.      **[PROPOSED] ORDER GRANTING APPLE INC.'S MOTION
10               TO DISMISS PLAINTIFFS' FIRST CONSOLIDATED
                 COMPLAINT**

11

12      ☒       **BY U.S. MAIL [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof
                 enclosed in a sealed envelope with postage thereon fully prepaid, addressed as
13               follows, for collection and mailing at Morrison & Foerster LLP, 755 Page Mill Road,
                 Palo Alto, California  94304-1018 in accordance with Morrison & Foerster LLP's
14               ordinary business practices.

15
                I am readily familiar with Morrison & Foerster LLP's practice for collection and
16              processing of correspondence for mailing with the United States Postal Service, and
                know that in the ordinary course of Morrison & Foerster LLP's business practice the
17              document(s) described above will be deposited with the United States Postal
                Service on the same date that it (they) is (are) placed at Morrison & Foerster LLP
18              with postage thereon fully prepaid for collection and mailing.

19

20

21

22

23

24

25

26

27

28

1

2

Counsel for Plaintiffs in
*Gupta v. Apple*
Case No. 3:11-cv-02110-LHK(PSG)

3

4

5

6

Jay Edelson
William C. Gray
Ari Jonathan Scharg
Edelson McGuire, LLC
350 North LaSalle Street, Suite 1300
Chicago, IL  60654

7

8

9

Sean Patrick Reis
Edelson McGuire, LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, CA  92688

10

11

12

Counsel for Plaintiffs in
*Normand v. Apple*
Case No. 5:11-cv-02317-LHK(PSG)

13

14

15

Richard A. Proaps
The Law Offices of Howard W. Rubinstein
8150 Greenback Lane, Bldg. 200
Fair Oaks, CA  95628

16

17

18

Howard W. Rubinstein (PHV application to come)
The Law Offices of Howard W. Rubinstein
1615 Forum Place, Suite 4C
West Palm Beach, FL 33401

19

20

21

22

Gillian L. Wade
Sara D. Avila
Corina Maccarin
Milstein Adelman, LLP
2800 Donald Douglas Loop North
Santa Monica, CA  90405

23

24

25

26

27

28

CERTIFICATE OF SERVICE
Case No. 10-CV-05878 LHK (PSG)
pa-1470158

2

1

2    *Velez-Colón v. Apple*
     <u>Case No. 5:11-cv-02270-LHK (PSG)</u>

3

4    José Carlos Vélez-Colón
     In Pro Se
     FK 41 Calle Polaris
5    URB Irlanda Heights
     Bayamon, PR 00956

6

7    I declare under penalty of perjury that the foregoing is true and correct.

8    Executed at Palo Alto, California, this 20th day of June, 2011.

9

10

11

12   _____        _____
           Cynthia D. Fix                            (signature)
13             (typed)

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28