1  Scott Kamber (pro hac vice)
2  skamber@kamberlaw.com
   David Stampley (pro hac vice)
3  dstampley@kamberlaw.com
4  KamberLaw, LLC
   100 Wall Street, 23rd Floor
5  New York, NY 10005
6  Telephone: (212) 920-3072
   Facsimile: (212) 920-3081
7
8  Deborah Kravitz (SBN 275661)
   dkravitz@kamberlaw.com
9  KamberLaw, LLP
10 141 North Street
   Healdsburg, CA 94558
11 Telephone: (707) 820-4247
12
   Avi Kreitenberg, Esq. (SBN 266571)
13 akreitenberg@kamberlaw.com
14 KamberLaw, LLP
   1180 South Beverly Drive, Suite 601
15 Los Angeles, California 90035
16 Telephone: (310) 400-1050
   Facsimile: (310) 400-1056
17
18 Attorneys for Plaintiff

19             UNITED STATES DISTRICT COURT

20           NORTHERN DISTRICT OF CALIFORNIA

21                 SAN JOSE DIVISION
22

| In Re iPhone Application Litigation | Case No.  10-CV-05878 LHK (PSG) |
|---|---|
| | [PROPOSED] ORDER FOR PERMISSION TO FILE AN OVER-LENGTH BRIEF |

23

24

25

26

27

28

Stipulation and [Proposed] Order
Case No. 10-CV-05878 LHK (PSG)

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiffs be granted leave to extend the page limitation to fifty (50) pages, if Plaintiffs file only a single, omnibus brief in Opposition to Defendants' two motions to dismiss in the above-captioned matter.

DATED: _____July 12, 2011_____        _____

HONORABLE LUCY H. KOH
UNITED STATES DISTRICT COURT