1   JAMES F. McCABE (SBN 104686)          MICHAEL L. CHARLSON (Bar No. 122125)
    JMcCabe@mofo.com                       michael.charlson@hoganlovells.com
2   MORRISON & FOERSTER LLP                MAREN J. CLOUSE (Bar No. 228726)
    425 Market Street                      maren.clouse@hoganlovells.com
3   San Francisco, California  94105-2482  HOGAN LOVELLS US LLP
    Telephone:  415.268.7000               525 University Avenue, 4th Floor
4   Facsimile:  415.268.7522               Palo Alto, California 94301
                                           Telephone:  650.463.4000
5   BRYAN WILSON (SBN 138842)              Facsimile:  650.463.4199
    bwilson@mofo.com
6   TERESA N. BURLISON (SBN 230854)        CHRISTOPHER WOLF (Admitted *Pro Hac Vice*)
    tburlison@mofo.com                     christopher.wolf@hoganlovells.com
7   MORRISON & FOERSTER LLP                HOGAN LOVELLS US LLP
    755 Page Mill Road                     Columbia Square
8   Palo Alto, California  94304-1018      555 Thirteenth Street, NW
    Telephone:  650.813.5600               Washington, DC 20004
9   Facsimile:  650.494.0792               Telephone:  202.637.5600
                                           Facsimile:  202.637.5910
10  Attorneys for Defendants
    APPLE INC., a California corporation and  CLAYTON C. JAMES (Admitted *Pro Hac Vice*)
11  QUATTRO WIRELESS, INC.                 clay.james@hoganlovells.com
                                           HOGAN LOVELLS US LLP
12                                         One Tabor Center, Suite 1500
                                           1200 Seventeenth Street
13                                         Denver, Colorado  80202
                                           Telephone:  303.899.7300
14                                         Facsimile:  303.899.7333

15

16                         UNITED STATES DISTRICT COURT

17                        NORTHERN DISTRICT OF CALIFORNIA

18                              SAN JOSE DIVISION

19  In Re iPhone Application Litigation          Case No.   10-CV-05878 LHK (PSG)

20                                               **JOINT STIPULATION TO
                                                 EXTEND BRIEFING SCHEDULE
21                                               ON DEFENDANTS' MOTIONS
                                                 TO DISMISS AND [PROPOSED]
22                                               ORDER**

23                                               Ctrm:    4, 5th Floor
                                                 Judge:   Honorable Lucy H. Koh
24

25

26

27

28

1       WHEREAS, by order dated June 3, 2011 (Dkt. No. 134), the Court ordered Defendants to

2  file any anticipated motions to dismiss the Consolidated Complaint by June 20, 2011, Plaintiffs to

3  file an opposition by July 18, 2011, Defendants to file a reply by August 1, 2011, and set a

4  hearing date of September 1, 2011 for such motions;

5       WHEREAS, Apple and the Mobile Industry Defendants filed separate but coordinated

6  Motions to Dismiss on June 20, 2011, by which Apple joined much of the Mobile Industry

7  Defendants' briefing;

8       WHEREAS, Defendants now are endeavoring to coordinate the filing of their reply briefs,

9  for the convenience of the Court and all parties;

10       WHEREAS, in order to have time to coordinate and exchange drafts, Defendants have

11  requested that Plaintiffs agree to extend their time to file their reply briefs by two (2) days; and

12       WHEREAS, Plaintiffs' position is that scheduling was undertaken by the Court and

13  therefore they express no opinion except to recognize that a short extension to streamline the

14  briefing may be of value to the Court and is unlikely to materially delay the overall progress of

15  the litigation;

16       THEREFORE, pursuant to Civil Local Rule 6-2, and subject to the approval of this Court,

17  the parties, through their undersigned counsel, hereby stipulate and agree that:

18     1. Defendants' reply briefs in support of their respective motions to dismiss shall be filed

19       and served not later than August 3, 2011.

20     2. This stipulation will not impact any other dates already fixed by the court.

21  Dated: July 29, 2011            MORRISON & FOERSTER LLP

22

23                  By:  /s/ Bryan Wilson

24                       Bryan Wilson

25                       Attorneys for Defendants
                     APPLE INC. and QUATTRO WIRELESS,

26                       INC.

27

28

1   Dated: July 29, 2011                    DURIE TANGRI LLP

2

3                                           By: /s/ Michael H. Page
                                                Michael H. Page
4
                                            DURIE TANGRI LLP
5                                           MICHAEL H. PAGE
                                            mpage@durietangri.com
6                                           JOSEPH C. GRATZ
                                            jgratz@durietangri.com
7                                           GENEVIEVE P. ROSLOFF
                                            grosloff@durietangri.com
8                                           217 Leidesdorff Street
                                            San Francisco, CA 94111
9                                           Telephone: 415-362-6666
                                            Facsimile: 415-236-6300
10
                                            Attorneys for Defendant
11                                          ADMOB, INC.

12  Dated: July 29, 2011                    GIBSON, DUNN & CRUTCHER LLP

13

14                                          By: /s/ Gail E. Lees
                                                Gail E. Lees
15
                                            GAIL E. LEES
16                                          glees@gibsondunn.com
                                            S. ASHLIE BERINGER
17                                          aberinger@gibsondunn.com
                                            JOSHUA A. JESSEN
18                                          jjessen@gibsondunn.com
                                            GIBSON, DUNN & CRUTCHER LLP
19                                          1881 Page Mill Road
                                            Palo Alto, California 94304
20                                          Telephone: (650) 849-5300
                                            Facsimile: (650) 849-5333
21
                                            Attorneys for Defendants
22                                          FLURRY, INC. and PINCH MEDIA, INC.

23

24

25

26

27

28

1    Dated: July 29, 2011                  DLA PIPER LLP (US)

2

3                                          By:  /s/ Carter W. Ott
                                                Carter W. Ott
4
                                                LUANNE SACKS
5                                               CARTER W. OTT
                                                carter.ott@dlapiper.com
6                                               DLA PIPER LLP (US)
                                                555 Mission Street, Suite 2400
7                                               San Francisco, California 94105
                                                Telephone: (415) 836-2500
8                                               Facsimile: (415) 836-2501

9                                               Attorneys for Defendant
                                                MOBCLIX, INC.
10
     Dated: July 29, 2011                  COOLEY LLP
11

12
                                           By:  /s/ Matthew D. Brown
13                                              Matthew D. Brown

14                                              MICHAEL G. RHODES
                                                rhodesmg@cooley.com
15                                              MATTHEW D. BROWN
                                                mbrown@cooley.com
16                                              COOLEY LLP
                                                101 California Street, 5th Floor
17                                              San Francisco, California 94111
                                                Telephone: (415) 693-2000
18                                              Facsimile: (415) 693-2222

19                                              Attorneys for Defendants
                                                ADMARVEL, INC and MILLENNIAL
20                                              MEDIA INC.

21

22

23

24

25

26

27

28

Dated: July 29, 2011                    KAMBERLAW, LLC

                                        By: /s/ Scott A. Kamber
                                            Scott A. Kamber

                                            SCOTT A. KAMBER (*pro hac vice*)
                                            skamber@kamberlaw.com
                                            DAVID A. STAMPLEY (*pro hac vice*)
                                            dstampley@kamberlaw.com
                                            KAMBERLAW, LLC
                                            100 Wall Street, 23rd Floor
                                            New York, New York 10005
                                            Telephone: (212) 920-3072
                                            Facsimile: (212) 920-3081

                                            DEBORAH KRAVITZ (SBN 275661)
                                            dkravitz@kamberlaw.com
                                            KAMBERLAW, LLP
                                            141 North St.
                                            Healdsburg, California 95448
                                            Telephone: (707) 820-4247
                                            Facsimile: (212) 202-6364
                                            Interim Class Counsel
                                            Attorneys for Plaintiffs

                                            Interim Class Counsel
                                            Attorneys for Plaintiffs


        I, Bryan Wilson, am the ECF User whose ID and password are being used to file this

STIPULATION TO EXTEND BRIEFING SCHEDULE ON DEFENDANTS' MOTIONS TO

DISMISS AND [PROPOSED] ORDER.  In compliance with General Order 45, X.B., I hereby

attest that all persons signing this stipulation have concurred in this filing.


Date: July 29, 2011                     /s/ Bryan Wilson
                                        Bryan Wilson

1

**[PROPOSED] ORDER**

2

PURSUANT TO STIPULATION, IT IS SO ORDERED:

3

4

DATED:    July 29, 2011

_____

The Honorable Lucy H. Koh
United States District Court Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28