UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE IPHONE APPLICATION LITIG. | Case No.: 10-CV-05878-LHK<br><br>ORDER REQUIRING PARTIES TO FILE SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT |

A Further Case Management Conference is scheduled before the undersigned judge on August 10, 2011. Under the Court's Local Rules, parties are required to submit a supplemental Joint Case Management Statement no fewer than seven days before the Further Case Management Conference. The parties have failed to submit such a Statement in violation of Civil Local Rule 16-10(d). Accordingly, as soon as practicable, but no later than 6:00 p.m., Friday, August 5, 2011, the parties shall file a supplemental Joint Case Management Statement.

**IT IS SO ORDERED.**

Dated: August 4, 2011

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-05878-LHK
ORDER REQUIRING PARTIES TO FILE SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT