| | |
|---|---|
| JAMES F. MCCABE (SBN 104686) | MICHAEL L. CHARLSON (Bar No. 122125) |
| JMcCabe@mofo.com | michael.charlson@hoganlovells.com |
| MORRISON & FOERSTER LLP | MAREN J. CLOUSE (Bar No. 228726) |
| 425 Market Street | maren.clouse@hoganlovells.com |
| San Francisco, California  94105-2482 | HOGAN LOVELLS US LLP |
| Telephone: 415.268.7000 | 525 University Avenue, 4th Floor |
| Facsimile: 415.268.7522 | Palo Alto, California 94301 |
| | Telephone: 650.463.4000 |
| BRYAN WILSON (SBN 138842) | Facsimile: 650.463.4199 |
| bwilson@mofo.com | |
| TERESA N. BURLISON (SBN 230854) | CHRISTOPHER WOLF (Admitted *Pro Hac Vice*) |
| tburlison@mofo.com | christopher.wolf@hoganlovells.com |
| MORRISON & FOERSTER LLP | HOGAN LOVELLS US LLP |
| 755 Page Mill Road | Columbia Square |
| Palo Alto, California  94304-1018 | 555 Thirteenth Street, NW |
| Telephone: 650.813.5600 | Washington, DC 20004 |
| Facsimile: 650.494.0792 | Telephone: 202.637.5600 |
| | Facsimile: 202.637.5910 |
| Attorneys for Defendant | |
| APPLE INC., a California corporation | CLAYTON C. JAMES (Admitted *Pro Hac Vice*) |
| and QUATTRO WIRELESS, INC. | clay.james@hoganlovells.com |
| | HOGAN LOVELLS US LLP |
| | One Tabor Center, Suite 1500 |
| | 1200 Seventeenth Street |
| | Denver, Colorado  80202 |
| | Telephone: 303.899.7300 |
| | Facsimile: 303.899.7333 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In Re iPhone Application Litigation | Case No.   10-CV-05878 LHK (PSG) |
| | **SUPPLEMENTAL CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER** |
| | Ctrm:   4, 5th Floor |
| | Judge:   Honorable Lucy H. Koh |

Pursuant to Civil L-R 16-10(d), the parties to the above-entitled action certify that they have met and conferred and jointly submit this Supplemental Case Management Statement and Proposed Order, requesting the Court to adopt it as a Supplemental Case Management Order in this case.

## DESCRIPTION OF SUBSEQUENT CASE DEVELOPMENTS

The following progress or changes have occurred since the last case management statement filed by the parties:

1. On July 28, 2011, the Judicial Panel on Multidistrict Litigation (the "Panel") heard argument on the pending motion to transfer these consolidated actions and other related cases filed around the country to the Northern District of California for coordinated or consolidated pretrial treatment pursuant to 28 U.S.C. § 1407. At the hearing, all objections to transferring matters to this Court were withdrawn. The Panel has not yet issued a ruling, but a ruling is expected in the near future.

2. On August 3, 2011, Apple and the Mobile Industry Defendants filed their respective reply briefs in support of their respective motions to dismiss, and defendants' motions to dismiss now are fully briefed. The hearing on these motions currently is scheduled for September 1, 2011.

3. A case management conference presently is scheduled for August 10, 2011. In an Order dated May 31, 2011, the Court directed that the parties may seek a continuance of this CMC to August 24 if, by August 5, the Panel has not issued a transfer order.

4. The parties have met and conferred on this issue, and believe that good cause exists for a continuance of both the CMC and the September 1 hearing on the defendants' motions to dismiss based on the following reasons:

    a. The Panel has not yet issued a ruling on the pending motion to transfer;

    b. Several parties are unavailable to attend the alternative date for a CMC proposed by the Court – August 24, 2011. Likewise, various parties are unable to attend the September 1, 2011 hearing date for the motions to dismiss.

1          c.     Therefore, in furtherance of judicial efficiency and to allow time for the Panel to issue its ruling, the parties jointly request that the Court's hearing on the defendants' respective motions to dismiss and the CMC be continued to the same date, and propose any of the following dates in September for this purpose: September 8 – 9, September 12-13, or September 19 – September 22.  The parties agree to file a case management statement one week before the date the CMC is set.

Dated: August 4, 2011                    MORRISON & FOERSTER LLP


                                         By:  /s/ Bryan Wilson
                                                 Bryan Wilson

                                         Attorneys for Defendants
                                         APPLE INC. and QUATTRO WIRELESS, INC.


Dated: August 4, 2011                    DURIE TANGRI LLP


                                         By:  /s/ Michael H. Page
                                                 Michael H. Page

                                         DURIE TANGRI LLP
                                         MICHAEL H. PAGE
                                         mpage@durietangri.com
                                         JOSEPH C. GRATZ
                                         jgratz@durietangri.com
                                         GENEVIEVE P. ROSLOFF
                                         grosloff@durietangri.com
                                         217 Leidesdorff Street
                                         San Francisco, CA 94111
                                         Telephone: 415-362-6666
                                         Facsimile: 415-236-6300

                                         Attorneys for Defendant
                                         ADMOB, INC.

SUPP. CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER                                    2
10-CV-05878 LHK (PSG)
pa-1478829

| | | |
|---|---|---|
| 1 | Dated: August 4, 2011 | GIBSON, DUNN & CRUTCHER LLP |
| 2 | | |
| 3 | | By: /s/ Gail E. Lees |
| | | Gail E. Lees |
| 4 | | |
| | | GAIL E. LEES |
| 5 | | glees@gibsondunn.com |
| | | S. ASHLIE BERINGER |
| 6 | | aberinger@gibsondunn.com |
| | | JOSHUA A. JESSEN |
| 7 | | jjessen@gibsondunn.com |
| | | GIBSON, DUNN & CRUTCHER LLP |
| 8 | | 1881 Page Mill Road |
| | | Palo Alto, California 94304 |
| 9 | | Telephone: (650) 849-5300 |
| | | Facsimile: (650) 849-5333 |
| 10 | | |
| | | Attorneys for Defendants |
| 11 | | FLURRY, INC. and PINCH MEDIA, INC. |
| 12 | | |
| 13 | Dated: August 4, 2011 | DLA PIPER LLP (US) |
| 14 | | |
| 15 | | By: /s/ Carter W. Ott |
| | | Carter W. Ott |
| 16 | | |
| 17 | | LUANNE SACKS |
| | | CARTER W. OTT |
| | | carter.ott@dlapiper.com |
| 18 | | DLA PIPER LLP (US) |
| | | 555 Mission Street, Suite 2400 |
| 19 | | San Francisco, California 94105 |
| | | Telephone: (415) 836-2500 |
| 20 | | Facsimile: (415) 836-2501 |
| 21 | | Attorneys for Defendant |
| | | MOBCLIX, INC. |

| | | |
|---|---|---|
| 1 | Dated: August 4, 2011 | K&L GATES LLP |
| 3 | | By: /s/ Seth A. Gold |
| | | Seth A. Gold |

SETH A. GOLD (SBN 163220)
K&L GATES LLP
seth.gold@klgates.com
10100 Santa Monica Boulevard, 7th Floor
Los Angeles, California 90067
Telephone: (310) 552-5000
Facsimile: (310) 552-5001

RACHEL R. DAVIDSON (SBN 215517)
K&L GATES LLP
rachel.davidson@klgates.com
Four Embarcadero Center, Suite 1200
San Francisco, California 94111
Telephone: (415) 882-8200
Facsimile: (415) 882-8220

Attorneys for Defendant
TRAFFIC MARKETPLACE, INC., erroneously sued as TrafficMarketplace.com, Inc.

Dated: August 4, 2011    COOLEY LLP

By: /s/ Matthew D. Brown
   Matthew D. Brown

MICHAEL G. RHODES
rhodesmg@cooley.com
MATTHEW D. BROWN
mbrown@cooley.com
COOLEY LLP
101 California Street, 5th Floor
San Francisco, California 94111
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Defendants
ADMARVEL, INC and MILLENNIAL MEDIA INC.

| | | |
|---|---|---|
| 1 | Dated: August 4, 2011 | KAMBERLAW, LLC |
| 2 | | By:  /s/Scott A. Kamber |
| | | Scott A. Kamber |
| 3 | | |
| 4 | | SCOTT A. KAMBER (*pro hac vice*) |
| | | skamber@kamberlaw.com |
| | | DAVID A. STAMPLEY (*pro hac vice*) |
| 5 | | dstampley@kamberlaw.com |
| | | KAMBERLAW, LLC |
| 6 | | 100 Wall Street, 23rd Floor |
| | | New York, New York 10005 |
| 7 | | Telephone: (212) 920-3072 |
| | | Facsimile: (212) 920-3081 |
| 8 | | |
| | | DEBORAH KRAVITZ (SBN 275661) |
| 9 | | dkravitz@kamberlaw.com |
| | | KAMBERLAW, LLP |
| 10 | | 141 North St. |
| | | Healdsburg, California 95448 |
| 11 | | Telephone: (707) 820-4247 |
| | | Facsimile: (212) 202-6364 |
| 12 | | Interim Class Counsel |
| | | Attorneys for Plaintiffs |
| 13 | | |
| | | Interim Class Counsel |
| 14 | | Attorneys for Plaintiffs |

**GENERAL ATTESTATION**

I, Bryan Wilson, am the ECF User whose ID and password are being used to file this SUPPLEMENTAL CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER. In compliance with General Order 45, X.B., I hereby attest that all persons signing this stipulation have concurred in this filing.

Date: August 4, 2011                                             /s/ Bryan Wilson
                                                                  Bryan Wilson

**SUPPLEMENTAL CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER**

The Supplemental Case Management Statement and Proposed Order is hereby adopted by the Court as a Supplemental Case Management Order for the case and the parties are ordered to comply with this Order. Further, for good cause shown, the Court orders as follows:

1. The Court's hearing on the defendants' respective motions to dismiss is scheduled for September ___, 2011. A case management conference is scheduled on that same date, September ____, 2011, and will directly follow the hearing on the motions to dismiss.

Dated:_____          _____
                                                Honorable Lucy H. Koh
                                                United States District Court Judge