UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

|  |  |
|---|---|
| IN RE IPHONE APPLICATION LITIG. | Case No.: 10-CV-05878-LHK<br><br>ORDER REGARDING MOTION HEARING AND CASE MANAGEMENT CONFERENCE |

A further case management conference is scheduled for August 10, 2011, and a hearing on Defendants' motions to dismiss is scheduled for September 1, 2011. On July 28, 2011, the Judicial Panel on Multidistrict Litigation ("MDL Panel") heard argument on the pending motion to transfer. However, the parties represent that the MDL Panel has not yet issued a ruling, but is expected to do so in the near future. The parties request: (1) a continuance of the case management conference to the same date as the hearing on the motions to dismiss; and (2) a continuance of both dates to September 8-9, 12-13, or 19-22, 2011.

The parties' request to continue the August 10, 2011 case management conference is DENIED. Although the MDL Panel has not yet issued a ruling, the Court would benefit from a status conference with the parties. Specifically, the parties should come prepared to discuss how these cases should proceed after the MDL Panel has issued its ruling.

1   The parties' request to continue the September 1, 2011 motion hearing is GRANTED. The
2   motion hearing is continued to Thursday, September 8, 2011 at 1:30 p.m.
3   **IT IS SO ORDERED.**

Dated: August 4, 2011

_____
LUCY H. KOH
United States District Judge