

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE IPHONE APPLICATION LITIG.<br><br>Plaintiff,<br>v.<br><br>Defendant. | CASE NO. 10-CV-05878-LHK<br><br>~~(Proposed)~~<br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Melissa Ryan Clark, whose business address and telephone number is Milberg LLP, One Pennsylvania Plaza, 49th Floor, New York, NY 10119-0165, (212) 594-5300

and who is an active member in good standing of the bar of Southern District of New York having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Plaintiffs

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: August 19, 2011

_____
Lucy H. Koh
United States District Judge