| | |
|---|---|
| 1 | Michael L. Charlson (Bar No. 122125) |
| | Maren J. Clouse (Bar No. 228726) |
| 2 | HOGAN LOVELLS US LLP |
| | 525 University Avenue, 4th Floor |
| 3 | Palo Alto, California  94301 |
| | Telephone:     (650) 463-4000 |
| 4 | Facsimile:      (650) 463-4199 |
| | michael.charlson@hoganlovells.com |
| 5 | maren.clouse@hoganlovells.com |
| 6 | Christopher Wolf (Admitted *Pro Hac Vice*) |
| | HOGAN LOVELLS US LLP |
| 7 | Columbia Square |
| | 555 Thirteenth Street, NW |
| 8 | Washington, DC  20004 |
| | Telephone:     (202) 637-5600 |
| 9 | Facsimile:      (202) 637-5910 |
| | christopher.wolf@hoganlovells.com |
| 10 | Clayton C. James (Admitted *Pro Hac Vice*) |
| | HOGAN LOVELLS US LLP |
| 11 | One Tabor Center, Suite 1500 |
| | 1200 Seventeenth Street |
| 12 | Denver, Colorado  80202 |
| | Telephone:     (303) 899-7300 |
| 13 | Facsimile:      (303) 899-7333 |
| | clay.james@hoganlovells.com |
| 14 | |
| | Attorneys for Defendants |
| 15 | APPLE INC., a California corporation, and |
| | QUATTRO WIRELESS, INC. |
| 16 | a Delaware corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re iPhone Application Litigation | Case No.  CV 10-5878 LHK (PSG) |
| | [~~PROPOSED~~] **ORDER PERMITTING HOGAN LOVELLS US LLP TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANTS APPLE INC. AND QUATTRO WIRELESS, INC.** |
| | Honorable Lucy H. Koh |

ORDER PERMITTING WITHDRAWAL OF
HOGAN LOVELLS US LLP AS COUNSEL
Case No. CV 10-5878 LHK

1  Defendants Apple Inc. ("Apple") and Quattro Wireless, Inc. ("Quattro") filed on August
2  18, 2011 a Notice of Withdrawal of Hogan Lovells US LLP as Counsel of Record in these
3  actions.  Following that Notice, and in accordance with Civil Local Rule 11-5(a), Hogan Lovells
4  US LLP and attorneys Michael L. Charlson, Maren J. Clouse, Christopher Wolf, and Clayton C.
5  James may withdraw as counsel for Apple and Quattro in these actions.  Accordingly, the Clerk
6  shall terminate Hogan Lovells US LLP as counsel of record for Apple and Quattro and
7  discontinue ECF/CM notices to those attorneys for these actions.

9  IT IS SO ORDERED.

11  DATED:  August 19, 2011                                    _____
                                                              THE HONORABLE LUCY H. KOH
12                                                                   United States District Judge