1  Michael L. Charlson (Bar No. 122125)
   Maren J. Clouse (Bar No. 228726)
2  HOGAN LOVELLS US LLP
   525 University Avenue, 4th Floor
3  Palo Alto, California  94301
   Telephone:     (650) 463-4000
4  Facsimile:     (650) 463-4199
   michael.charlson@hoganlovells.com
5  maren.clouse@hoganlovells.com

6  Christopher Wolf (Admitted *Pro Hac Vice*)
   HOGAN LOVELLS US LLP
7  Columbia Square
   555 Thirteenth Street, NW
8  Washington, DC  20004
   Telephone:     (202) 637-5600
9  Facsimile:     (202) 637-5910
   christopher.wolf@hoganlovells.com

10 Clayton C. James (Admitted *Pro Hac Vice*)
   HOGAN LOVELLS US LLP
11 One Tabor Center, Suite 1500
   1200 Seventeenth Street
12 Denver, Colorado  80202
   Telephone:     (303) 899-7300
13 Facsimile:     (303) 899-7333
   clay.james@hoganlovells.com
14
   Attorneys for Defendants
15 APPLE INC., a California corporation, and
   QUATTRO WIRELESS, INC.
16 a Delaware corporation

17                    UNITED STATES DISTRICT COURT

18                   NORTHERN DISTRICT OF CALIFORNIA

19                           SAN JOSE DIVISION

20

| In re iPhone Application Litigation | Case No.  CV 10-5878 LHK (PSG) |
|---|---|
| | [~~PROPOSED~~] **ORDER PERMITTING HOGAN LOVELLS US LLP TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANTS APPLE INC. AND QUATTRO WIRELESS, INC.** |
| | |
| | Honorable Lucy H. Koh |

ORDER PERMITTING WITHDRAWAL OF
HOGAN LOVELLS US LLP AS COUNSEL
Case No. CV 10-5878 LHK

1   Defendants Apple Inc. ("Apple") and Quattro Wireless, Inc. ("Quattro") filed on August
2   18, 2011 a Notice of Withdrawal of Hogan Lovells US LLP as Counsel of Record in these
3   actions. Following that Notice, and in accordance with Civil Local Rule 11-5(a), Hogan Lovells
4   US LLP and attorneys Michael L. Charlson, Maren J. Clouse, Christopher Wolf, and Clayton C.
5   James may withdraw as counsel for Apple and Quattro in these actions. Accordingly, the Clerk
6   shall terminate Hogan Lovells US LLP as counsel of record for Apple and Quattro and
7   discontinue ECF/CM notices to those attorneys for these actions.

9   IT IS SO ORDERED.

11  DATED:  August 19, 2011            _____
                                        THE HONORABLE LUCY H. KOH
12                                      United States District Judge