REGINALD TERRELL
THE TERRELL LAW GROUP
P. O. Box 13315, PMB #148
Oakland, CA 94661
Telephone: 510-237-9700
Facsimile: 510-237-4616

Attorneys for Plaintiffs

**GRANTED**
*Lucy H. Koh*
Judge Lucy H. Koh

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re iPhone Application Litigation<br>—— | Case No.: 10-cv-5878 LHK (PSG) (Lead)<br><br>**REQUEST TO APPEAR BY TELEPHONE**<br><br>_____<br>September 8, 2011<br>Time: 1:30 pm<br>Hon. Lucy H. Koh |

TO ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:

Reginald Terrell requests permission by the Court to appear telephonically at the above-referenced matter on September 8, 2011, for the Case Management Conference and hearing re defendants Motion to Dismiss.

Dated: September 3, 2011            Respectfully submitted,

/s/ Reginald Terrell

_____
REGINALD TERRELL
Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed this 3nd day of September through the Courts CM/ECF electronic filing system which automatically serves it to all counsel of record in this action.

                                                  /s/ Reginald Terrell
                                                  Reginald Terrell