1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                              SAN JOSE DIVISION

| | |
|---|---|
| IN RE IPHONE APPLICATION LITIG. | Case No.: 11-MD-02250-LHK <br><br> ORDER REGARDING MDL PANEL CONDITIONAL TRANSFER ORDER TRANSFERRING TAG-ALONG ACTIONS TO NORTHERN DISTRICT OF CALIFORNIA |

On August 29, 2011, the Judicial Panel on Multidistrict Litigation ("MDL Panel") issued a Conditional Transfer Order with respect to tag-along actions that appear to involve questions of fact that are common to those raised in this MDL action, MDL No. 2250. *See* August 29, 2011 Conditional Transfer Order (CTO-1), MDL No. 2250, Dkt. #115. On September 7, 2011, the MDL Panel issued a finalized CTO-1, transferring all but two tag-along actions to the undersigned. *See* September 7, 2011 CTO-1, MDL No. 2250, Dkt. #120. The two tag-along actions that have not been transferred because oppositions were filed are: Snyder et al v. Apple Inc., Case No. 11-00784 in the Eastern District of Missouri and O'Flaherty v. Apple Inc., Case No. 11-00359 in the Southern District of Illinois. An omnibus case management conference is scheduled for these MDL proceedings, excluding the Snyder and O'Flaherty actions, before the undersigned on Wednesday, October 5, 2011 at 2:00 p.m. A Joint Case Management Statement is due by Wednesday, September 28, 2011.

In light of the September 7, 2011 finalized CTO-1 and the upcoming October 5, 2011 case management conference, the undersigned: (1) vacates the deadlines currently set in the tag-along cases that have been transferred, pending the October 5, 2011 case management conference; (2) advises counsel in the transferred tag-along cases of the Case Management Order in these consolidated cases (Document Number 36 in Case Number 10-cv-05878-LHK), and, specifically, the section on "Consolidation and Treatment of Subsequent Actions;" (3) requires counsel in the transferred tag-along cases to register for the Court's electronic case filing (ECF) system as soon as possible; and (4) invites all counsel, including counsel in the two tag-along actions that not been transferred, to appear at the October 5, 2011 omnibus case management conference either in person or by phone. As represented to the Court at the August 11, 2011 case management conference, counsel for parties in the currently consolidated cases shall serve this Order, and file proof of service with the Court, on counsel for those parties in the tag-along actions by Friday, September 16, 2011.

**IT IS SO ORDERED.**

Dated: September 9, 2011

*Lucy H. Koh*
LUCY H. KOH
United States District Judge