JAMES F. MCCABE (CA SBN 104686)
JMcCabe@mofo.com
BRYAN WILSON (CA SBN 138842)
BWilson@mofo.com
TERESA N. BURLISON (CA SBN 230854)
TBurlison@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
APPLE INC., a California Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In Re:  iPhone/iPad Application Consumer Privacy Litigation | Case No.   5:11-md-02250-LHK<br><br>**JOINT STIPULATION REGARDING BRIEFING SCHEDULE FOR DEFENDANTS' MOTIONS TO DISMISS** |

JOINT STIPULATION RE BRIEFING SCHEDULE FOR DEF. MTD
Case No. 5:11-md-02250-LHK
pa-1484235

1

1 WHEREAS, on September 20, 2011, the Court granted Defendants' motions to dismiss Plaintiffs' Consolidated Class Action Complaint for lack of Article III standing, with leave to amend. (Dkt No. 8).

4 WHEREAS, on October 5, 2011, following a case management conference on that same date, the Court issued a minute order directing Plaintiffs to file their First Amended Consolidated Complaint by November 21, 2011, and requiring the parties to file a stipulation regarding the briefing schedule for "Defendants' anticipated motion to dismiss." (Dkt. No. 21).

8 WHEREAS, on November 21, 2011, Plaintiffs filed a First Amended Consolidated Class Action Complaint (Dkt. No. 25) and, on November 22, 2011, Plaintiffs filed a substantively identical corrected version of the same ("First Amended Consolidated Complaint") (Dkt. No. 26).

11 WHEREAS, the First Amended Consolidated Complaint adds several new causes of action, removes several causes of action, and adds two new party defendants: Google, Inc. ("Google") and Medialets, Inc. ("Medialets").

14 WHEREAS, on December 1, 2011, the Court issued summonses for Google and Medialets.

16 WHEREAS, Plaintiffs seek to serve Google and Medialets as soon as practicable.

17 WHEREAS, as with the last round of dispositive briefing in this case, the Defendants (at least, those who have been served and made a first appearance) intend to try and coordinate the filing of consolidated motions to dismiss rather than separate motions, for the convenience of the Court and all parties.

21 WHEREAS, Defendants need sufficient time to coordinate and exchange motion drafts, including with any new parties that might be served, and believe that the proposed schedule will provide adequate time to so coordinate amongst existing and new Defendants.

24 THEREFORE, pursuant to the Court's October 5, 2011 Order, and subject to the approval of the Court, the parties, through their undersigned counsel, hereby stipulate and agree that:

26     1. Defendants' Motions to Dismiss shall be filed and served not later than January 10, 2012.

28     2. Plaintiffs' Oppositions shall be filed and served not later than February 15, 2012.

3. Defendants' Replies shall be filed and served not later than March 2, 2012. Defendants shall secure from the Court a date for hearing at the time the motion is filed.

1 | Dated: December 1, 2011 | MORRISON & FOERSTER LLP

2

3 | | By: /s/ James F. McCabe
    | | James F. McCabe
4

5 | | Attorneys for Defendant
    | | APPLE INC., a California corporation

6

7 | Dated: December 1, 2011 | DURIE TANGRI LLP

8

9 | | By: /s/ Michael H. Page
    | | Michael H. Page

10

11 | | DURIE TANGRI LLP
     | | MICHAEL H. PAGE
     | | mpage@durietangri.com
12 | | JOSEPH C. GRATZ
     | | jgratz@durietangri.com
13 | | GENEVIEVE P. ROSLOFF
     | | grosloff@durietangri.com
14 | | 217 Leidesdorff Street
     | | San Francisco, CA 94111
15 | | Telephone: 415-362-6666
     | | Facsimile: 415-236-6300

16

17 | | Attorneys for Defendant
     | | ADMOB, INC.

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION RE BRIEFING SCHEDULE FOR DEF. MTD
Case No. 5:11-md-02250-LHK
pa-1484235

4

| | | |
|---|---|---|
| 1 | Dated: December 1, 2011 | GIBSON, DUNN & CRUTCHER LLP |
| 2 | | |
| 3 | | By: /s/ Gail E. Lees |
| | | Gail E. Lees |
| 4 | | |
| | | GAIL E. LEES |
| 5 | | glees@gibsondunn.com |
| | | S. ASHLIE BERINGER |
| 6 | | aberinger@gibsondunn.com |
| | | JOSHUA A. JESSEN |
| 7 | | jjessen@gibsondunn.com |
| | | GIBSON, DUNN & CRUTCHER LLP |
| 8 | | 1881 Page Mill Road |
| | | Palo Alto, California 94304 |
| 9 | | Telephone: (650) 849-5300 |
| | | Facsimile: (650) 849-5333 |
| 10 | | |
| | | Attorneys for Defendants |
| 11 | | FLURRY, INC. |
| 12 | | |
| 13 | Dated: December 1, 2011 | COOLEY LLP |
| 14 | | |
| 15 | | By: /s/ Matthew D. Brown |
| | | Matthew D. Brown |
| 16 | | |
| | | MICHAEL G. RHODES |
| 17 | | rhodesmg@cooley.com |
| | | MATTHEW D. BROWN |
| 18 | | mbrown@cooley.com |
| | | COOLEY LLP |
| 19 | | 101 California Street, 5th Floor |
| | | San Francisco, California 94111 |
| 20 | | Telephone: (415) 693-2000 |
| | | Facsimile: (415) 693-2222 |
| 21 | | |
| | | Attorneys for Defendants |
| 22 | | ADMARVEL, INC. |

JOINT STIPULATION RE BRIEFING SCHEDULE FOR DEF. MTD
Case No. 5:11-md-02250-LHK
pa-1484235

5

| | | |
|---|---|---|
| 1 | Dated: December 1, 2011 | KAMBERLAW, LLC |
| 2 | | |
| 3 | | By: /s/Scott A. Kamber |
| | | Scott A. Kamber |
| 4 | | |
| | | SCOTT A. KAMBER (*pro hac vice*) |
| 5 | | skamber@kamberlaw.com |
| | | DAVID A. STAMPLEY (*pro hac vice*) |
| 6 | | dstampley@kamberlaw.com |
| | | KAMBERLAW, LLC |
| 7 | | 100 Wall Street, 23rd Floor |
| | | New York, New York 10005 |
| 8 | | Telephone: (212) 920-3072 |
| | | Facsimile: (212) 920-3081 |
| 9 | | |
| | | DEBORAH KRAVITZ (SBN 275661) |
| 10 | | dkravitz@kamberlaw.com |
| | | KAMBERLAW, LLP |
| 11 | | 141 North St. |
| | | Healdsburg, California 95448 |
| 12 | | Telephone: (707) 820-4247 |
| | | Facsimile: (212) 202-6364 |
| 13 | | |
| | | INTERIM CLASS COUNSEL |
| 14 | | ATTORNEYS FOR PLAINTIFFS |
| 15 | | WILLIAM AUDET |
| | | JONAS P. MANN |
| 16 | | MICHAEL A. MCSHANE |
| | | AUDET & PARTNERS LLP |
| 17 | | 221 Main Street, Suite 1460 |
| | | San Francisco, California 94105 |
| 18 | | Telephone: (415) 568-2555 |
| | | Facsimile: (415) 568-2556 |
| 19 | | |
| | | LIAISON COUNSEL FOR PLAINTIFFS |
| 20 | | |
| | | JAY EDELSON |
| 21 | | SEAN REIS |
| | | jedelson@edelson.com |
| 22 | | sreis@edelson.com |
| | | EDELSON MCGUIRE, LLC |
| 23 | | 350 N. LaSalle Street |
| | | Chicago, IL 60654 |
| 24 | | Telephone: (312) 589-6370 |
| 25 | | RICHARD A. LOCKRIDGE |
| | | ROBERT K. SHELQUIST |
| 26 | | rlockridge@locklaw.com |
| | | rshelquist@locklaw.com |
| 27 | | LOCKRIDGE GRINDAL NAUEN P.L.L.P. |
| | | 100 Washington Avenue S., Suite 2200 |
| 28 | | Minneapolis, MN 55401 |

JOINT STIPULATION RE BRIEFING SCHEDULE FOR DEF. MTD
Case No. 5:11-md-02250-LHK
pa-1484235

Telephone: (612) 339-6900
Facsimile: (612) 339-0981

JEFF S. WESTERMAN
jwesterman@milberg.com
MILBERG LLP
One California Plaza
300 S. Grand Avenue, Suite 3900
Los Angeles, CA 90071
Telephone: (213) 617-1200
Facsimile:  (213) 617-1975

PETER E. SEIDMAN
ANDREI V. RADO
ANNE MARIE VU (Bar No. 238771)
pseidman@milberg.com
arado@milberg.com
avu@milberg.com
MILBERG LLP
One Pennsylvania Plaza, 49th Floor
New York, NY 10119
Telephone: (212) 594-5300
Facsimile: (212) 868-1229

JEREMY WILSON
jeremy@wtlfirm.com
WILSON TROSCLAIR & LOVINS
302 N. Market Street, Suite 501
Dallas, Texas 75202
Telephone: (214) 430-1930

EXECUTIVE COMMITTEE FOR
CONSOLIDATED PLAINTIFFS

**GENERAL ATTESTATION**

I, James F. McCabe, am the ECF User whose ID and password are being used to file this JOINT CASE MANAGEMENT STATEMENT.  In compliance with General Order 45, X.B., I hereby attest that all persons signing this stipulation have concurred in this filing.

Date:   December 1, 2011                      /s/ James F. McCabe
                                                              James F. McCabe

1  PURSUANT TO STIPULATION, IT IS SO ORDERED:

2  DATED: December 5, 2011

  _____
  The Honorable Lucy H. Koh
  United States District Court Judge