JAMES F. MCCABE (CA SBN 104686)
JMcCabe@mofo.com
BRYAN WILSON (CA SBN 138842)
BWilson@mofo.com
TERESA N. BURLISON (CA SBN 230854)
TBurlison@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
APPLE INC., a California Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In Re:  iPhone/iPad Application Consumer Privacy Litigation | Case No.   5:11-md-02250-LHK<br><br>**JOINT STIPULATION REGARDING BRIEFING SCHEDULE FOR DEFENDANTS' MOTIONS TO DISMISS** |

1  WHEREAS, on September 20, 2011, the Court granted Defendants' motions to dismiss Plaintiffs' Consolidated Class Action Complaint for lack of Article III standing, with leave to amend.  (Dkt No. 8).

WHEREAS, on October 5, 2011, following a case management conference on that same date, the Court issued a minute order directing Plaintiffs to file their First Amended Consolidated Complaint by November 21, 2011, and requiring the parties to file a stipulation regarding the briefing schedule for "Defendants' anticipated motion to dismiss."  (Dkt. No. 21).

WHEREAS, on November 21, 2011, Plaintiffs filed a First Amended Consolidated Class Action Complaint (Dkt. No. 25) and, on November 22, 2011, Plaintiffs filed a substantively identical corrected version of the same ("First Amended Consolidated Complaint") (Dkt. No. 26).

WHEREAS, the First Amended Consolidated Complaint adds several new causes of action, removes several causes of action, and adds two new party defendants: Google, Inc. ("Google") and Medialets, Inc. ("Medialets").

WHEREAS, on December 1, 2011, the Court issued summonses for Google and Medialets.

WHEREAS, Plaintiffs seek to serve Google and Medialets as soon as practicable.

WHEREAS, as with the last round of dispositive briefing in this case, the Defendants (at least, those who have been served and made a first appearance) intend to try and coordinate the filing of consolidated motions to dismiss rather than separate motions, for the convenience of the Court and all parties.

WHEREAS, Defendants need sufficient time to coordinate and exchange motion drafts, including with any new parties that might be served, and believe that the proposed schedule will provide adequate time to so coordinate amongst existing and new Defendants.

THEREFORE, pursuant to the Court's October 5, 2011 Order, and subject to the approval of the Court, the parties, through their undersigned counsel, hereby stipulate and agree that:

1. Defendants' Motions to Dismiss shall be filed and served not later than January 10, 2012.

2. Plaintiffs' Oppositions shall be filed and served not later than February 15, 2012.

3. Defendants' Replies shall be filed and served not later than March 2, 2012. Defendants shall secure from the Court a date for hearing at the time the motion is filed.

| | | |
|---|---|---|
| 1 | Dated:  December 1, 2011 | MORRISON & FOERSTER LLP |
| 2 | | |
| 3 | | By:  /s/ James F. McCabe |
| 4 | | James F. McCabe |
| 5 | | Attorneys for Defendant<br>APPLE INC., a California corporation |
| 7 | Dated: December 1, 2011 | DURIE TANGRI LLP |
| 9 | | By:  /s/ Michael H. Page |
| 10 | | Michael H. Page |

DURIE TANGRI LLP
MICHAEL H. PAGE
mpage@durietangri.com
JOSEPH C. GRATZ
jgratz@durietangri.com
GENEVIEVE P. ROSLOFF
grosloff@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666
Facsimile:  415-236-6300

Attorneys for Defendant
ADMOB, INC.

| | | |
|---|---|---|
| 1 | Dated: December 1, 2011 | GIBSON, DUNN & CRUTCHER LLP |
| 2 | | |
| 3 | | By: /s/ Gail E. Lees |
| | | Gail E. Lees |
| 4 | | |
| | | GAIL E. LEES |
| 5 | | glees@gibsondunn.com |
| | | S. ASHLIE BERINGER |
| 6 | | aberinger@gibsondunn.com |
| | | JOSHUA A. JESSEN |
| 7 | | jjessen@gibsondunn.com |
| | | GIBSON, DUNN & CRUTCHER LLP |
| 8 | | 1881 Page Mill Road |
| | | Palo Alto, California 94304 |
| 9 | | Telephone: (650) 849-5300 |
| | | Facsimile: (650) 849-5333 |
| 10 | | |
| | | Attorneys for Defendants |
| 11 | | FLURRY, INC. |
| 12 | | |
| 13 | Dated: December 1, 2011 | COOLEY LLP |
| 14 | | |
| 15 | | By: /s/ Matthew D. Brown |
| | | Matthew D. Brown |
| 16 | | |
| | | MICHAEL G. RHODES |
| 17 | | rhodesmg@cooley.com |
| | | MATTHEW D. BROWN |
| 18 | | mbrown@cooley.com |
| | | COOLEY LLP |
| 19 | | 101 California Street, 5th Floor |
| | | San Francisco, California 94111 |
| 20 | | Telephone: (415) 693-2000 |
| | | Facsimile: (415) 693-2222 |
| 21 | | |
| | | Attorneys for Defendants |
| 22 | | ADMARVEL, INC. |

JOINT STIPULATION RE BRIEFING SCHEDULE FOR DEF. MTD
Case No. 5:11-md-02250-LHK
pa-1484235

5

| | | |
|---|---|---|
| 1 | Dated: December 1, 2011 | KAMBERLAW, LLC |
| 2 | | |
| 3 | | By: /s/Scott A. Kamber |
| | | Scott A. Kamber |
| 4 | | |
| 5 | | SCOTT A. KAMBER (*pro hac vice*) |
| | | skamber@kamberlaw.com |
| | | DAVID A. STAMPLEY (*pro hac vice*) |
| 6 | | dstampley@kamberlaw.com |
| | | KAMBERLAW, LLC |
| 7 | | 100 Wall Street, 23rd Floor |
| | | New York, New York 10005 |
| 8 | | Telephone: (212) 920-3072 |
| | | Facsimile: (212) 920-3081 |
| 9 | | |
| | | DEBORAH KRAVITZ (SBN 275661) |
| 10 | | dkravitz@kamberlaw.com |
| | | KAMBERLAW, LLP |
| 11 | | 141 North St. |
| | | Healdsburg, California 95448 |
| 12 | | Telephone: (707) 820-4247 |
| | | Facsimile: (212) 202-6364 |
| 13 | | |
| | | INTERIM CLASS COUNSEL |
| 14 | | ATTORNEYS FOR PLAINTIFFS |
| 15 | | WILLIAM AUDET |
| | | JONAS P. MANN |
| 16 | | MICHAEL A. MCSHANE |
| | | AUDET & PARTNERS LLP |
| 17 | | 221 Main Street, Suite 1460 |
| | | San Francisco, California 94105 |
| 18 | | Telephone: (415) 568-2555 |
| | | Facsimile: (415) 568-2556 |
| 19 | | |
| | | LIAISON COUNSEL FOR PLAINTIFFS |
| 20 | | |
| | | JAY EDELSON |
| 21 | | SEAN REIS |
| | | jedelson@edelson.com |
| 22 | | sreis@edelson.com |
| | | EDELSON MCGUIRE, LLC |
| 23 | | 350 N. LaSalle Street |
| | | Chicago, IL 60654 |
| 24 | | Telephone: (312) 589-6370 |
| 25 | | RICHARD A. LOCKRIDGE |
| | | ROBERT K. SHELQUIST |
| 26 | | rlockridge@locklaw.com |
| | | rshelquist@locklaw.com |
| 27 | | LOCKRIDGE GRINDAL NAUEN P.L.L.P. |
| | | 100 Washington Avenue S., Suite 2200 |
| 28 | | Minneapolis, MN 55401 |

JOINT STIPULATION RE BRIEFING SCHEDULE FOR DEF. MTD
Case No. 5:11-md-02250-LHK
pa-1484235

|   |   |
|---|---|
| 1 | Telephone: (612) 339-6900 |
|   | Facsimile: (612) 339-0981 |
| 2 |   |
|   | JEFF S. WESTERMAN |
| 3 | jwesterman@milberg.com |
|   | MILBERG LLP |
| 4 | One California Plaza |
|   | 300 S. Grand Avenue, Suite 3900 |
| 5 | Los Angeles, CA 90071 |
|   | Telephone: (213) 617-1200 |
| 6 | Facsimile:  (213) 617-1975 |
| 7 | PETER E. SEIDMAN |
|   | ANDREI V. RADO |
| 8 | ANNE MARIE VU (Bar No. 238771) |
|   | pseidman@milberg.com |
| 9 | arado@milberg.com |
|   | avu@milberg.com |
| 10 | MILBERG LLP |
|   | One Pennsylvania Plaza, 49th Floor |
| 11 | New York, NY 10119 |
|   | Telephone: (212) 594-5300 |
| 12 | Facsimile: (212) 868-1229 |
| 13 | JEREMY WILSON |
|   | jeremy@wtlfirm.com |
| 14 | WILSON TROSCLAIR & LOVINS |
|   | 302 N. Market Street, Suite 501 |
| 15 | Dallas, Texas 75202 |
|   | Telephone: (214) 430-1930 |
| 16 |   |
|   | EXECUTIVE COMMITTEE FOR |
| 17 | CONSOLIDATED PLAINTIFFS |

**GENERAL ATTESTATION**

I, James F. McCabe, am the ECF User whose ID and password are being used to file this JOINT CASE MANAGEMENT STATEMENT.  In compliance with General Order 45, X.B., I hereby attest that all persons signing this stipulation have concurred in this filing.

Date:   December 1, 2011                        /s/ James F. McCabe
                                                          James F. McCabe

1  PURSUANT TO STIPULATION, IT IS SO ORDERED:

2  DATED: December 5, 2011

*[Signature: Lucy H. Koh]*

The Honorable Lucy H. Koh
United States District Court Judge