UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE IPHONE APPLICATION LITIG. | Case No.: 10-CV-05878-LHK<br><br>ORDER CONSOLIDATING CASES |

The following cases were previously related to, but not officially consolidated with, the first filed action, *Lalo v. Apple, Inc.*, et al., 10-cv-05878-LHK: *Velez-Colon v. Apple*, 5:11-cv-02270-LHK; *Normand v. Apple*, 5:11-cv-02317-LHK; *Gupta v. Apple,* 5:11-cv-02110-LHK; and *Terrell v. Apple*, 5:11-cv-03416-LHK.  The related cases in *Velez-Colon v. Apple*, *Normand v. Apple*, *Gupta v. Apple,* and *Terrell v. Apple* present substantially similar issues of law and fact, and are hereby consolidated with the MDL case.  Accordingly, these four newly consolidated cases plus the fifteen cases consolidated by the MDL Panel will proceed as one action in case number 11-MD-02250-LHK.

**IT IS SO ORDERED.**

Dated: June 12, 2012

_____
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-05878-LHK
ORDER CONSOLIDATING CASES