Scott A. Kamber (*pro hac vice*)
skamber@kamberlaw.com
David A. Stampley (*pro hac vice*)
dstampley@kamberlaw.com
KamberLaw, LLC
100 Wall Street, 23rd Floor
New York, New York 10005
Telephone: (212) 920-3072
Facsimile: (212) 202-6364

*Interim Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re iPhone Application Litigation | CASE NO. 11-MD-02250-LHK <br><br> **STIPULATION AND [PROPOSED] ORDER RE: WITHDRAWAL OF EDELSON MCGUIRE LLC FROM THE PLAINTIFFS' EXECUTIVE COMMITTEE** |

1   WHEREAS, prior to the filing of the Third Amended Consolidated Class Action Complaint
2 (the "TACC"), former named-plaintiff Arun Gupta, through his counsel Edelson McGuire, LLC,
3 which is one of the members of Plaintiffs' Executive Committee, engaged in discussions with Interim
4 Class Counsel that resulted in the mutual determination that the interests of the putative Geolocation
5 Class were best served by no longer including Plaintiff Arun Gupta as a proposed representative of
6 the putative Geolocation Class;

7   WHEREAS, on October 4, 2012, Plaintiffs filed the TACC, which does not include Arun
8 Gupta as a proposed representative of the putative Geolocation Class (Dkt. 104);

9   WHEREAS, given that former-plaintiff Gupta is no longer involved in this lawsuit, Edelson
10 McGuire, LLC seeks to withdraw as a member of Plaintiffs' Executive Committee.  Interim Class
11 Counsel and Edelson McGuire have conferred and Interim Class Counsel has no objection to Edelson
12 McGuire's withdrawal from the Executive Committee; and

13   WHEREAS, Defendant Apple Inc. has no procedural objection to the entry of the [proposed]
14 Order pursuant to this Stipulation, and takes no position on the substance of the request.

15   NOW, THEREFORE, Plaintiffs hereby stipulate and respectfully request that the Court
16 consent to Edelson McGuire withdrawing from the Plaintiffs' Executive Committee.

Respectfully submitted,

DATED:  October 23, 2012                EDELSON MCGUIRE LLC


By:   */s Jay Edelson*
           Jay Edelson

Attorneys for Former Geolocation Plaintiff
Arun Gupta

DATED:  October 23, 2012                    KAMBERLAW, LLC


By:   /s Scott A. Kamber
         SCOTT A. KAMBER (*pro hac vice*)

Interim Lead Counsel for Plaintiffs


DATED:  October 23, 2012                    GIBSON DUNN & CRUTCHER


By:   /s S. Ashlie Beringe
         S. ASHLIE BERINGER

Counsel for Defendant Apple Inc.



## **ATTORNEY ATTESTATION**

Pursuant to Civil Local Rule 5-1, I, Deborah Kravitz, hereby attest that concurrence in the filing of this document has been obtained from Jay Edelson, Counsel for Former Plaintiff Arun Gupta, and S. Ashlie Beringer, counsel for Defendant Apple Inc.


DATED:  October 23, 2012             By:   /s Deborah Kravitz
                                                      DEBORAH KRAVITZ

**[PROPOSED] ORDER**

Pursuant to stipulation, Jay Edelson of Edelson McGuire LLC is no longer a member of the Executive Committee in the above-captioned litigation.

DATED:  October 24, 2012

*Lucy H. Koh*
HON. LUCY H. KOH
UNITED STATES DISTRICT JUDGE

4