UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE iPHONE/iPAD APPLICATION CONSUMER PRIVACY LITIGATION | Case No.: 5:11-MD-02250-LHK<br><br>**ORDER TO ENLARGE TIME FOR CLASS EXPERT DISCLOSURES AND CLASS CERTIFICATION BRIEFING** |

The Court, having considered all papers filed in support of Plaintiffs' Unopposed Motion to Enlarge Time Pursuant to Civil Local Rule 6-3, good cause appearing, hereby orders as follows:

1. The current deadlines for class expert disclosures and class certification briefs are hereby extended by seven (7) days.

2. Plaintiffs' class expert disclosures shall be served on or before December 7, 2012.

3. Apple's rebuttal expert disclosures shall be served on or before December 14, 2012.

4. Plaintiffs' motion for class certification and supporting papers shall be filed and served on or before December 17, 2012.

3. Apple's opposition to Plaintiffs' class certification motion shall be filed and served on or before January 17, 2013.

4. Plaintiffs' reply in support of its motion for class certification shall be filed and served on or before February 8, 2013.

5. A hearing on Plaintiffs' class certification will remain scheduled for February 28, 2013.

IT IS HEREBY ORDERED.

Dated: November 9, 2012                     By: *Lucy H. Koh*
                                            HON. LUCY H. KOH
                                            UNITED STATES DISTRICT JUDGE