UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE IPHONE APPLICATION LITIG. | Case No.: 11-MD-02250-LHK <br><br> ORDER DENYING STIPULATION RE: ENLARGING PAGE LIMITATION AND STRIKING DEFENDANT APPLE, INC.'S MOTION FOR SUMMARY JUDGMENT |

On December 12, 2012, the parties filed a joint stipulation and proposed order to enlarge the 25-page limitation set forth in Civil Local Rule 7-4(b) by ten pages when filing Defendant's Motion for Summary Judgment and Plaintiffs' Motion for Class Certification. *See* ECF No. 119. In addition, the parties stipulated to enlarge the page limits for the respective opposition briefs by ten pages or the same number of additional pages used by the moving party in the moving brief. *Id*. Finally, the parties stipulated that any reply brief should be extended by five pages. *Id*. Thus, the parties stipulated to an additional fifty pages of briefing.

The Court does not find that good cause has been shown to warrant a deviation from the page limitations prescribed by the local rules for either Defendant's Motion for Summary Judgment or Plaintiffs' Motion for Class Certification. Accordingly, the parties' Stipulation and Proposed Order Re: Enlarging Page Limitation is DENIED. Further, given that Defendant filed its Motion for Summary Judgment without Court approval to exceed the page limitations pursuant to

Case No.: 11-MD-02250-LHK
ORDER DENYING STIPULATION RE: ENLARGING PAGE LIMITATION AND STRIKING DEFENDANT APPLE, INC.'S MOTION FOR SUMMARY JUDGMENT

1   Civil Local Rule 7-4(b), *see* ECF No. 120, the Court STRIKES this motion.  Defendant may re-file

2   its Motion for Summary Judgment in compliance with the local rules.

3   **IT IS SO ORDERED.**

4   Dated:  December 17, 2012

    _____
    LUCY H. KOH
    United States District Judge

Case No.: 11-MD-02250-LHK
ORDER DENYING STIPULATION RE: ENLARGING PAGE LIMITATION AND STRIKING DEFENDANT APPLE, INC.'S MOTION FOR SUMMARY JUDGMENT