GIBSON, DUNN & CRUTCHER LLP
S. ASHLIE BERINGER, SBN 263977
ABeringer@gibsondunn.com
JOSHUA JESSEN, SBN 222831
JJessen@gibsondunn.com
MOLLY CUTLER, SBN 261192
MCutler@gibsondunn.com
JACOB A. WALKER, SBN 271217
JWalker@gibsondunn.com
1881 Page Mill Road
Palo Alto, California  94304
Telephone:  650.849.5300
Facsimile:   650.849.5333

Attorneys for Defendant
APPLE INC., A CALIFORNIA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re iPhone Application Litigation | CASE NO. 11-MD-02250-LHK <br><br> **CLASS ACTION** <br><br> **[PROPOSED] ORDER REGARDING JOINT ADMINISTRATIVE MOTION REGARDING TIMING OF HEARINGS ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPLE'S MOTION FOR SUMMARY JUDGEMNT AND BRIEFING SCHEDULE** |

The Court, having considered the parties' respective positions set forth in the Joint Administrative Motion Regarding Timing of Hearings on Plaintiffs' Motion for Class Certification and Apple's Motion for Summary Judgment and Briefing Schedule, and good cause appearing, hereby orders the following schedule:

| **Plaintiffs' Class Certification Motion Schedule** | **Apple's Summary Judgment Motion Schedule** |
| --- | --- |
| Plaintiffs' Class Certification Motion Filed:<br>December 17, 2012 | Apple's Summary Judgment Motion Filed:<br>December 18, 2012 |
| Apple's Opposition to Plaintiffs' Class Certification Motion:<br>January 17, 2013 | Plaintiffs' Opposition to Apple's Summary Judgment Motion:<br>January 22, 2013 |
| Plaintiffs' Reply in Support of Class Certification Motion:<br>February 8, 2013 | Apple's Reply in Support of Summary Judgment Motion:<br>February 8, 2013 |
| Hearing on Plaintiffs' Class Certification Motion:<br>February 28, 2013 | Hearing on Apple's Summary Judgment Motion:<br>April 11, 2013 |

**IT IS SO ORDERED.**

Dated:  December 28 , 2012

_Lucy H. Koh_
The Honorable Lucy H. Koh
United States District Judge