| | |
|---|---|
| 1 | GIBSON, DUNN & CRUTCHER LLP |
| | S. ASHLIE BERINGER, SBN 263977 |
| 2 | ABeringer@gibsondunn.com |
| | JOSHUA JESSEN, SBN 222831 |
| 3 | JJessen@gibsondunn.com |
| | MOLLY CUTLER, SBN 261192 |
| 4 | MCutler@gibsondunn.com |
| | JACOB A. WALKER, SBN 271217 |
| 5 | JWalker@gibsondunn.com |
| | 1881 Page Mill Road |
| 6 | Palo Alto, California  94304 |
| | Telephone:  650.849.5300 |
| 7 | Facsimile:   650.849.5333 |
| 8 | Attorneys for Defendant |
| | APPLE INC., A CALIFORNIA CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re iPhone Application Litigation | CASE NO. 11-MD-02250-LHK |
| | **CLASS ACTION** |
| | **[~~PROPOSED~~] ORDER REGARDING JOINT ADMINISTRATIVE MOTION REGARDING TIMING OF HEARINGS ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPLE'S MOTION FOR SUMMARY JUDGEMNT AND BRIEFING SCHEDULE** |

The Court, having considered the parties' respective positions set forth in the Joint Administrative Motion Regarding Timing of Hearings on Plaintiffs' Motion for Class Certification and Apple's Motion for Summary Judgment and Briefing Schedule, and good cause appearing, hereby orders the following schedule:

| **Plaintiffs' Class Certification Motion Schedule** | **Apple's Summary Judgment Motion Schedule** |
| --- | --- |
| Plaintiffs' Class Certification Motion Filed:<br>December 17, 2012 | Apple's Summary Judgment Motion Filed:<br>December 18, 2012 |
| Apple's Opposition to Plaintiffs' Class Certification Motion:<br>January 17, 2013 | Plaintiffs' Opposition to Apple's Summary Judgment Motion:<br>January 22, 2013 |
| Plaintiffs' Reply in Support of Class Certification Motion:<br>February 8, 2013 | Apple's Reply in Support of Summary Judgment Motion:<br>February 8, 2013 |
| Hearing on Plaintiffs' Class Certification Motion:<br>February 28, 2013 | Hearing on Apple's Summary Judgment Motion:<br>April 11, 2013 |

**IT IS SO ORDERED.**

Dated: __December 28__, 20_12_

_Lucy H. Koh_
The Honorable Lucy H. Koh
United States District Judge