SCOTT A. KAMBER
DAVID A. STAMPLEY
skamber@kamberlaw.com (pro hac vice)
dstampley@kamberlaw.com (pro hac vice)
KAMBERLAW, LLC
100 Wall Street, 23rd Floor
New York, NY 10005
212.920.3072 T
212. 202.6364 F

DEBORAH KRAVITZ (SBN 275661)
dkravitz@kamberlaw.com
KAMBERLAW, LLP
141 North Street
Healdsburg, CA 95448
707.820.4247 T
212.202.6364 F

Interim Lead Counsel for Consolidated Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re iPhone Application Litigation | CASE NO. 11-MD-02250-LHK |
| | **CLASS ACTION** |
| | [~~PROPOSED~~] **ORDER DENYING APPLE'S MOTION FOR LEAVE TO FILE OPPOSITION EXCEEDING PAGE LIMITATION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

[P~~ROPOSED~~] ORDER DENYING APPLE'S MOTION FOR LEAVE TO FILE OPPOSITION EXCEEDING PAGE LIMITATION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

CASE NO. CV 11-MD-02250-LHK

1  The Court, having considered the parties' respective positions set forth in their moving and
2  opposition papers, does not find that Apple has shown good cause to warrant a deviation from the
3  page limitations prescribed by the local rules.  Accordingly, Apple's Motion for Leave to File
4  Opposition Exceeding Page Limitation to Plaintiffs' Motion for Class Certification is DENIED.
5   Any further requests to exceed the page limitations set for this motion will be disregarded.

6  **IT IS SO ORDERED.**

8  Dated:  January 10, 2013

                                                                        The Honorable Lucy H. Koh
                                                                        United States District Judge

1

[PROPOSED] ORDER DENYING APPLE'S MOTION FOR LEAVE TO FILE OPPOSITION EXCEEDING PAGE LIMITATION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION
CASE NO. CV 11-MD-02250-LHK