SCOTT A. KAMBER
DAVID A. STAMPLEY
skamber@kamberlaw.com (pro hac vice)
dstampley@kamberlaw.com (pro hac vice)
KAMBERLAW, LLC
100 Wall Street, 23rd Floor
New York, NY 10005
212.920.3072 T
212. 202.6364 F

DEBORAH KRAVITZ (SBN 275661)
dkravitz@kamberlaw.com
KAMBERLAW, LLP
141 North Street
Healdsburg, CA 95448
707.820.4247 T
212.202.6364 F

Interim Lead Counsel for Consolidated Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re iPhone Application Litigation | CASE NO. 11-MD-02250-LHK <br><br> **CLASS ACTION** <br><br> **[PROPOSED] ORDER DENYING APPLE'S MOTION FOR LEAVE TO FILE OPPOSITION EXCEEDING PAGE LIMITATION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

[PROPOSED] ORDER DENYING APPLE'S MOTION FOR LEAVE TO FILE OPPOSITION EXCEEDING PAGE LIMITATION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

CASE NO. CV 11-MD-02250-LHK

The Court, having considered the parties' respective positions set forth in their moving and opposition papers, does not find that Apple has shown good cause to warrant a deviation from the page limitations prescribed by the local rules. Accordingly, Apple's Motion for Leave to File Opposition Exceeding Page Limitation to Plaintiffs' Motion for Class Certification is DENIED. Any further requests to exceed the page limitations set for this motion will be disregarded.

**IT IS SO ORDERED.**

Dated:  January 10, 2013

_____
The Honorable Lucy H. Koh
United States District Judge

1

[Proposed] Order Denying Apple's Motion for Leave to File Opposition Exceeding Page Limitation to Plaintiffs' Motion for Class Certification

Case No. CV 11-MD-02250-LHK