BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| In Re: ) | |
| ) | **MDL No. 2250** |
| iPhone/iPad Application Consumer ) | |
| Privacy Litigation ) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| **CYNTHIA O'FLAHERTY,** ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | **No. 3:11-cv-00359-MJR-DGW** |
| ) | |
| **APPLE INC.,** ) | |
| ) | |
| Defendant. ) | |

### ORDER ALLOWING NOTICE OF CHANGE OF COUNSEL

THIS CAUSE comes before the Court on Attorney Judy Cates "Notice of Change of Counsel" pursuant to Civil L.R. 11-5 and 5-1(c)(2)(C).  The Court, being fully advised in the premises, hereby grants said Motion and Attorney Judy Cates is allowed to withdraw as counsel for Plaintiff.  Christian G. Montroy of Montroy Law Office, LLC will remain as primary counsel for Plaintiff.  There is no just reason for further notice and no hearing is required.

IT IS SO ORDERED.

 January 22, 2013          	/s/ Lucy H. Koh
DATE:	JUDGE