Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

IN RE IPHONE APPLICATION LITI )
                                  Plaintiff(s), )
v. )
                                  Defendant(s). )

Case No: 5:11-MD-02250-

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Leigh Smith, an active member in good standing of the bar of Southern District of N.Y., hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is David Azar, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| One Pennsylvania Plaza<br>New York, NY 10119-0165 | 300 South Grand Ave., Suite 3900<br>Los Angeles, CA 90071 |
| MY TELEPHONE # OF RECORD:<br>(212) 594-5300 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(213) 617-1200 |
| MY EMAIL ADDRESS OF RECORD:<br>lsmith@milberg.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>dazar@milberg.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: LS9202.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 02/04/13                                                                  Leigh Smith
                                                                                      APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Leigh Smith is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: February 5, 2013

                                                                       Lucy H. Koh
                                                         UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

CSDNY (05/2010) Certificate of Good Standing

# United States District Court
## Southern District of New York

**Certificate of Good Standing**

I, <u>Ruby J. Krajick</u>, Clerk of this Court, certify that

**LEIGH SMITH**, Bar # **LS9202**

was duly admitted to practice in this Court on

**MARCH 26th 2002**, and is in good standing as a member of the Bar of this Court.

500 Pearl Street
Dated at  New York  New York       on       **FEBRUARY 04th, 2013**

Rub  J. Kra ick
Clerk

by

Deputy Clerk