Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE IPHONE APPLICATION LITI )
                          Plaintiff(s), )
         v. )
                         Defendant(s). )

Case No: 5:11-MD-02250-

APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE
(CIVIL LOCAL RULE 11-3)

I, Leigh Smith, an active member in good standing of the bar of Southern District of N.Y., hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is David Azar, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| One Pennsylvania Plaza<br>New York, NY 10119-0165 | 300 South Grand Ave., Suite 3900<br>Los Angeles, CA 90071 |
| MY TELEPHONE # OF RECORD:<br>(212) 594-5300 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(213) 617-1200 |
| MY EMAIL ADDRESS OF RECORD:<br>lsmith@milberg.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>dazar@milberg.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: LS9202.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 02/04/13                              Leigh Smith
                                                                            APPLICANT

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Leigh Smith is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: February 5, 2013                  Lucy H. Koh
                                            UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

PRO HAC VICE APPLICATION & ORDER                           October 2012

CSDNY (05/2010) Certificate of Good Standing

# United States District Court

## Southern District of New York

### Certificate of Good Standing

I, <u>Ruby J. Krajick</u>, Clerk of this Court, certify that

**LEIGH SMITH**, Bar # **LS9202**

was duly admitted to practice in this Court on

**MARCH 26th 2002**, and is in good standing as a member of the Bar of this Court.

500 Pearl Street
Dated at  New York  New York       on       **FEBRUARY 04th, 2013**

Rub  J. Kra`ick
Clerk

by

Deputy Clerk