UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE iPHONE/iPAD APPLICATION CONSUMER PRIVACY LITIGATION | Case No.: 5:11-MD-02250-LHK<br>ORDER RE: MOTIONS TO SEAL |
|---|---|

Before the Court are numerous administrative motions to seal related to Plaintiffs' Motion for Class Certification and Apple Inc.'s Motion for Summary Judgment. *See* ECF Nos. 126, 145, 156, and 176. Pursuant to the Court's Civil Standing Order Regarding Motions to File Under Seal, a party seeking to file documents under seal must also publicly e-file, as an exhibit to the administrative motion to file under seal, a proposed public redacted version of the documents that the party is seeking to file under seal. In addition, the party shall file with the Court, as an exhibit to the administrative motion to file under seal, a version of the document with the information the party seeks to seal highlighted in yellow. By February 20, 2012, the parties shall re-file their motions to seal in compliance with this Order.

**IT IS HEREBY ORDERED.**

Dated: February 15, 2013    By: _____
HON. LUCY H. KOH
UNITED STATES DISTRICT JUDGE