UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

IN RE IPHONE APPLICATION LITIG.           )   Case No.: 11-MD-02250-LHK
                                          )
                                          )   ORDER DENYING SEALING
                                          )   MOTIONS

Before the Court are numerous administrative motions to seal related to Plaintiffs' Motion for Class Certification and the Motion for Summary Judgment filed by Defendant Apple Inc. ("Apple").  Specifically, the parties seek to seal documents and portions of documents related to: (1) Plaintiffs' Motion for Class Certification and the exhibits attached in support thereof, *see* ECF Nos. 126, 189; Apple's Opposition to Plaintiffs' Motion for Class Certification, *see* ECF Nos. 145, 187; (3) Plaintiffs' Reply in Support of Class Certification, *see* ECF Nos. 176, 190; and (4) Plaintiffs' Opposition Apple's Motion for Summary Judgment, *see* ECF Nos. 156, 191.[1]

On March 7, 2013, after learning about Apple's failure to timely comply with its discovery obligations, the Court denied Apple's Motion for Summary Judgment and instructed Plaintiffs to

---

[1] On February 15, 2013, the Court ordered the parties to re-file their administrative motions to seal in compliance with the Court's Civil Standing Order Regarding Motions to File Under Seal.  *See* ECF No. 181.

1

Case No.: 11-MD-02250-LHK
ORDER DENYING SEALING MOTIONS

1  withdraw their Motion for Class Certification, *see* ECF No. 209, which Plaintiffs did on March 8, 2013, *see* ECF No. 210.

Given Plaintiffs' withdrawal of their Motion for Class Certification, the Court DENIES as moot the parties' administrative motions to file under seal documents and portions of documents related to: (1) Plaintiffs' Motion for Class Certification and the exhibits attached in support thereof, ECF Nos. 126, 189; (2) Apple's Opposition to Plaintiffs' Motion for Class Certification, ECF Nos. 145, 187; and (3) Plaintiffs' Reply in Support of Class Certification, ECF Nos. 176, 190. In addition, the Court DENIES as moot the parties' request to seal Plaintiffs' Opposition to Apple's Motion for Summary Judgment and certain exhibits and declarations filed in support thereto, ECF Nos. 156, 191.

When Apple is permitted to file another motion for summary judgment in the future, any motion to seal related to this motion must set forth "compelling reasons," rather than mere "good cause," for filing such information under seal. *See Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1177 (9th Cir. 2006) (explaining that the "strong presumption of access to judicial records applies fully to dispositive pleadings, including motions for summary judgment and related attachments" because "the resolution of a dispute on the merits, whether by trial or summary judgment, is at the heart of the interest in ensuring the "public's understanding of the judicial process and of significant public events."); *cf.* Decl. Leslie Fithian on Behalf of Apple Inc. In Supp. Admin. Mot. to File under Seal Portions of Pls.' Opp'n to Apple Inc.'s Mot. for Summ. J. Pursuant, ECF No. 169 (setting forth only "good cause" to maintain certain documents under seal).

**IT IS SO ORDERED.**

Dated: April 8, 2013

_____
LUCY H. KOH
United States District Judge