**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE IPHONE APPLICATION LITIGATION | Case No.: 11-MD-02250-LHK<br><br>JUDGMENT |

In ECF No. 294, the Court GRANTED defendant, Apple, Inc.'s ("Defendant" or "Apple") Motion for Summary Judgment. The Court DENIED as moot Plaintiffs' Motion for Class Certification, ECF No. 249; Plaintiffs' Motion to Strike the Opinions of Jeffrey Bolas Pursuant to Federal Rule of Evidence 702 ECF No. 266 at 2-4; and Plaintiffs' Motion for Leave to File a Motion to Strike Apple's Objection to New Evidence in Plaintiffs' Reply Memorandum in Support of Class Certification, ECF No. 282. Accordingly, the Clerk of the Court shall enter judgment in favor of Defendant in Case Numbers 11-MD-02250; 10-CV-05878; 10-CV-05881; 11-CV-00407; 11-CV-00700; 11-CV-04207; 11-CV-04542; 11-CV-04558; 11-CV-04555; 11-CV-04554; 11-CV-04556; 11-CV-04559; 11-CV-04560; 11-CV-04557; 12-CV-00162; 12-CV-00163; 11-CV-02270; 11-CV-02317; 11-CV-02110; 11-CV-03416.

The Clerk of the Court shall close the files of all twenty cases.

**IT IS SO ORDERED.**

Dated: November 25, 2013

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

Case No.: 11-MD-02250-LHK
JUDGMENT